AFFIDAVIT

I Angel L. Torres am hereby filing this lawsuit due to my Constitutional rights having been violated by Child Support Enforcement IV-D program since 2010, I just discovered this beginning in January 2022 how egregiously this program has and continues violating my rights. As per Statutory of limitations, the clock begins when such violations have been discovered. They forced me to self-educate myself of the state & federal laws pertaining to my situation then and now. In 2010 when I was served with a summons to appear in court for child support, I was somewhat frustrated under the assumption Judith Roman the mother of my two youngest children was at that time taking me to court. The reason was that years earlier when my children were small she had always been in touch with my family members, this is how I knew my children were ok. Through family members I always requested to be able to see my children and sent money for a time, only until I realized that Judith Roman was never going to let me see or be part of my children's lives. I stated to her if I can not see my children and be part of their lives for no other reason other than being punished by her, that I will also not send anymore money. I said this assuming she would take me to court and I could then fight for joint custody, what I didn't expect for her to do was let 10 years go by with time enough for her to convince my children that I did not care about them. I nearly killed myself drinking myself into oblivion daily for years missing my two youngest children, sending messages to her asking to see my children and like always being rejected. Evil is as evil does, I will have to one day answer to God and so will she. I have no control over the actions of others, I am truly fed up with others having control over my property & myself that was fraudulently obtained through deception and under duress without consent. I had my children in private and I have the unalienable right to raise them in private which was also stripped from me. When we were together, Judith Roman observed my raising of my oldest two children. Supporting them and sending for them to spend the summers with us. My oldest son even spent some years living with us, so as far as me being a deadbeat Dad, that was definitely not in my DNA. A deadbeat Dad is what she made me out to be, I still am having an extremely hard time forgiving her for these actions. She had asked me to forgive her and when I told her that maybe I could if she began her part by telling my children the truth, then going into the courtroom and standing strong in her conviction telling the truth there also. The conversation ended with her not responding ever again. I had custody of both children when Judith Roman had abandoned us and disappeared for a week and a half. I could have stripped her of her motherhood, but as myself not being a bad parent but being an unhappy partner. I did not strip her of being a mother, yet she did it to me without a second thought or sincere regret. I would challenge Judith Roman to a lie detector on these facts, gladly I would pay for it out of my pocket. And now to the point of why we are here in court Child Support sent me an initial court date in 2010, two weeks before that court date they sent me a Final Order entered in Default thus depriving my Constitutional right to be heard. I had badly injured my back and had filed for Social Security before receiving court summons and had not worked in over a year, I am still not sure on what they based the Final Order amount to. I was collecting unemployment at that time. They had set another court date to force paternity establishment, during that court session which was the very first time before whom I had assumed to be before a judge, I was bullied into silence and was only allowed to answer their questions under duress with threats of being jailed for contempt if I did not remain silent. Well while waiting on Social Security to approve my claim without notice, they suspended my driver's license. I was stopped for driving on a suspended driver's license. While in jail for over 30 days for driving under a suspended license, I was evicted and became homeless for about 2

years. Not only was I homeless I also lost everything I owned due to the IV-D program and it's heavy handed enforcements. I had sent a Cease & Desist Order to the individuals below whom have lost their immunity through the actions that have violated my constitutional rights and they did nothing to correct the existing situation. The Cease & Desist I submitted to the following individuals after observing how they doctored up The Final Order without cause, back dating it to seem originally stated back in 2010. Even after my going to court in 2014, providing my information then after my request for modification. The Final Order had never changed until they doctored it up to suit them. The IV-D program does not benefit nor the parents or the children, it is a corporation that uses the respondents money to obtain a loan for the state. It violates my freedom to travel as per my passport being blocked, my credit being destroyed amongst my property being seized without a signed contract signed by me with my consent. I never consented to anything they have imposed upon me. My 1st, 4th, 5th, 6th & 14th amendments were egregiously violated. The following were notified via certified return receipt mail.

STATE OF FLORIDA/DEPARTMENT OF REVENUE

Executive Director: Jim Zingale Cert. #7018-0680-0001-4481-7500

Deputy Executive Director: Andrea Moreland Cert. #7018-0680-0001-4481-7562

Deputy Executive Director: Lisa Vickers Cert. #7018-0680-0001-4481-7524

Chief of Staff: Clark Rogers Cert. #7018-0680-0001-4481-7531

Child Support Enforcement Program Director: Ann Coffin Cert. #7018-0680-0001-4481-7548

SSA Office Development Manager Ana Saavedra Cert. #7018-0680-0001-4481-7579

Orange County Clerk of Court Tiffany Moore Russell Cert. #7018-0680-0001-4481-7555

Support Magistrates Office Cert. #7018-0680-0001-4481-7586

State Attorney Office Cert. #7018-0680-0001-4481-7494

Judith Roman Cert. #7018-0680-0001-4481-7517

This effort was to get their attention to allow corrections of abuse, they all had well over 30 days to respond to my demands yet I received no response from anyone and the abuse continues. Since my Social Security was approved in 2013 my two children had emancipated and all amounts that were being garnished had become arrears, my arrears that had been deducted from my disability check was and had been $10.00 per week $43.00 per month. In March 11th of 2014 I went before the court to make sure that the amount was not going to change I requested a modification. As I expected the hearing officer informed me that The Final Order would never change and would remain the same until paid off. 8 years goes by after that same amount of deduction of $10.00 per week, then came Jan. 1st 2022 even after providing the court of my income in 2014 being at $1,255.00 monthly at that time. It has gone up to $1,444.00 monthly, they went back to garnishing what would have been deducted when my children were minors taking more than the Final Order states. I have been left with $933.00 monthly, my rent is $760.00, vehicle insurance $218.00, food $300.00, Phone $60.00, electricity $120.00 water $50.00 Total $1,508.00. My daughter has been loaning me money since Jan. 2022 for food and to pay bills that excessive garnishment is taking away. At this time I have filed a motion to vacate child support due to my constitutional rights having been violated since day 1. Article 1, Section 9 of The Constitution states,

"No bill of attainder or ex post facto law shall be passed". My 1st, 4th, 5th, 6th, 7th & 14th amendments have been violated under the color of law by these defendants, I am suing for damages in the amount of $30,000 to $50,000 to be divided among them. I also request an injunction placed upon child support enforcement IV-D program, and any and all associated parties to cease & desist any and all further garnishments or infringements on rights & my property.

*[Notary seal: ERIC G. HILL, MY COMMISSION # GG255815, EXPIRES: September 06, 2022]*

*Angel Louis Torres Sr. [signature]*

*Eric G. Hill [signature]*