
Exhibit B

MAY 1st 2022

## YOU ARE HEREBY ORDERED TO CEASE AND DESIST

To: STATE OF FLORIDA/DEPARTMENT OF REVENUE

Executive Director: Jim Zingale Cert. #7018-0680-0001-4481-7500

Deputy Executive Director: Andrea Moreland Cert. #7018-0680-0001-4481-7562

Deputy Executive Director: Lisa Vickers Cert. #7018-0680-0001-4481-7524

Chief of Staff: Clark Rogers Cert. #7018-0680-0001-4481-7531

Child Support Enforcement Program Director: Ann Coffin Cert. #7018-0680-0001-4481-7548

Winter Haven SSA Development Manager Ana Saavedra Cert.37018-0680-0001-4481-7579

Orange County Clerk of Court Tiffany Moore Russell Cert. #7018-0680-0001-4481-7555

Support Magistrates Office Cert. #7018-0680-0001-4481-7586

Office of the State Attorney Cert. #7018-0680-0001-4481-7494

Petioner/Plaintiff Judith Roman Cert. #7018-0680-0001-4481-7517

The case 2010-DR-1262 was closed in 2013 with both My children's emancipation, but you the department pursue Bill of Attainder. If there is a loan given to ANGEL LOUIS TORRES and was signed for please forward me the information. Since there is none, note that ANGEL LOUIS TORRES hereby order you and/or your agencies, agent, agents, businesses, employer, employees and/or any associated parties to withdraw and cease and desist Bill of Attainder, all legal and non-legal actions against the called person and for individual ANGEL LOUIS TORRES. You are hereby notified by this letter henceforth to withdraw from naming, calling, presuming that I ANGEL LOUIS TORRES is a thing, subject, person, debtor, litigant and or obligor, obligee, employee or employer or any name set forth in your Title IV-D rules and/or regulations. Under Amendment 1 of the U.S. Constitution I have freedom of religion and as a free spirit of Immanuel (God with Us), no man owns, controls or sets rights or rules especially debts or women over ANGEL LOUIS TORRES except for God himself. I do not and will not cooperate with you or any of your agency associations and voluntary withdraw myself from any and all dealings with you and your agency and associated parties.I demand that any and all cases be closed out, all overpayments be fully refunded/given and/or delivered/mailed back along with a letter confirming the close sent to ANGEL LOUIS TORRES (see below domicile address). You have 21

2

days to comply or all will be presumed correct in the above stated facts and no further legal action will be taken. Govern yourself accordingly.

Torres, Angel Louis on behalf of ANGEL LOUIS TORRES _____

3