*Exhibit E*

May 1st 2022

Certified & mailed to the following individuals:

STATE OF FLORIDA/DEPARTMENT OF REVENUE

Executive Director: Jim Zingale Cert. #7018-0680-0001-4481-7500

Deputy Executive Director: Andrea Moreland Cert. #7018-0680-0001-4481-7562

Deputy Executive Director: Lisa Vickers Cert. #7018-0680-0001-4481-7524

Chief of Staff: Clark Rogers Cert. #7018-0680-0001-4481-7531

Child Support Enforcement Program Director: Ann Coffin Cert. #7018-0680-0001-4481-7548

Winter Haven SSA Office Development Manager Ana Saavedra Cert. # 7018-0680-0001-4481-7579

Orange County Clerk of Court Tiffany Moore Russell Cert. #7018-0680-0001-4481-7555

Support Magistrates Office Cert. #7018-0680-0001-4481-7586

Office of the State Attorney Cert. #7018-0680-0001-4481-7494

Petioner/Plaintiff Judith Roman Cert. #7018-0680-0001-4481-7517

Please admit or deny each of the following statements below by initialing the appropiate blank slot. You have 30 days to fill out forms SIGN and RETURN to me. If there is no response returned to me it will be a complete admission by (DEFAULT).

## CHILD SUPPORT UNDER COLOR OF LAW

(1) 42 U.S.C 1983 imposes liability on anyone who, under color of state law, deprived me "of any rights and privileges, or immunities secured by the Constitution and laws." And that ANY is used to refer to one or some of a thing or number of things, no matter how much or how many.

Admit___Deny___

(2) 42 U.S.C 1983 allows each IV-D Contractor, it's agents, employees, and subcontractors to be found liable to me when they have acted under color of statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia.

Admit___Deny___

(3) The U.S. House of Representatives Office of the Revision Counsel, United States Code,

1

8

confirms that Title 42 U.S.C., is compromised IV-D of the Social Security Act, which is editorially compiled and organized into the title, but title 42 itself has never been enacted into positive law and that the distinction is constitutionally significant because a nonpositive law title is prima facie (presumed) evidence of law in contrast to 1 U.S.C. 204 which proves that positive law titles constitute legal evidence of the law in all Federal and State courts.

Admit___Deny___

(4) Each 45 C.F.R. 75.2 each IV-D contractor, it's agents, employees, and subcontractors performed 45 C.F.R. 302.34 contractual duties under 45 C.F.R.303.107 (c) terms and conditions in return for payment by the CSEA, and did certify that the current IV-D case was established in compliance with provisionsof Title IV-D of the Social Security Act, Pub. L. No 93-647, 88 Stat. 2351 U.S.C651.

Admit___Deny___

(5) The rule and it's supplemental rules describe the process by which a child support enforcement agency (CSEA) enters into a IV-D contract with a governmental entity to provide IV-D services and for the CSEA to receive federal financial participation (FFP) reimbursement to offset the cost of the purchase of the services under IV-D contract.

Admit___Deny___

(6) MY claims are valid under the Fifth Amendment which requires that I shall not be deprived of life, liberty, or property unless by Due Process of Law. The requirement of the Fifth Amendment is also present under 45 C.F.R. 303.101(c)(2); the Due Process Rights of the parties involved must be protected. Id at 42 U.S.C. 666 (a)(5)(C)(i), Omnibus Budget Reconciliation Act; the State must afford due process safeguards

Admit___Deny___

(7) 42 U.S.C. 666 (a)(5)(C)(i) Procedures for a simple civil process for voluntarily acknowledging paternity under which the State must provide that, before I signed the acknowledgment of paternity, I must be given notice, orally, or through the use of video or audio equipment and in writing, of the following legal consequences that arise from, signing the acknowlegment.

Admit___Deny___

(8) That wage withholding, liens on property, offset of unemployment compensation payments;seizure and sale of personal or real property; reporting arrearages to credit agencies to prevent the undeserved extension of credit; seizure of State and Federal income tax refunds; revocation of various types of licenses (driver's, business, occupational, recreational), attachment of lottery winnings and insurance settlements of debtor parents; requirement the recipients of financial assistance from the Small BusinessAdministration, including direct loans and loan guarantees, must certify that therecipient is not more than 60 days delinquent in the

2



- payment of child support, authority to seize assets held by public or private retirement funds and financial institutions; deprivation of a debtor to a fresh start to discharge a debt completely, pay a percentage of the debt, or pay the full amount of the debt over a longer period of time because debts for child support and alimony are not dischargeable, and State or Federal imprisonment, fines or both.

Admit___Deny___

(9) That each IV-D contractor, it's agents, employees, and subcontractors did not afford ME my guaranteed Right to Due Process orally, or through the use of video or audio equipment, and in writing, of the legal consequences of paternity establishment.

Admit___Deny___

(10) That each IV-D contractor, it's agents, employees, and subcontractors did not afford ME my guaranteed Right to Due Process orally, or through the use of video or audio equipment, and in writing, that such voluntary acknowlegments are admissible as evidence of paternity before MY information of a self-incriminatory nature was disclosed.

Admit___Deny___

(11) That "IV-D contract" means a mutually binding, legal relationship obligating a private or governmental entity to provide IV-D services in a IV-D case or perform other administrative duties that pertain to a IV-D case in return for payment.

Admit___Deny___

(12) That line 18. Of the JFS 07018 (Rev. 11/2012) 45 C.F.R. 302.34 contract Independent Capacity for the Contractor. The Contractor and it's agents, employees, and subcontractors will act in performance of this IV-D contract in an (independent capacity) and not as officers or employees or agents of the State of Florida or the CSEA.

Admit___Deny___

(13) That Color of Law means the appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and are now liable toME.

Admit___Deny___

Form has been completed by_____

Print Name and Title

_____

Signature of Name and Title

10