Exhibit F

Date of Contact May 1, 2022

From: Angel Louis Torres

201 Freedom Dr.

Frostproof, Fl. 33843

Mobile- 407-406-8932

Knuckle311@yahoo.com

Copies of this Document have been sent to the following individuals with a certificate of service.

Executive Director: Jim Zingale Cert. #7018-0680-0001-4481-7500

Deputy Executive Director: Andrea Moreland Cert. #7018-0680-0001-4481-7562

Deputy Executive Director: Lisa Vickers Cert. #7018-0680-0001-4481-7524

Chief of Staff: Clark Rogers Cert. #7018-0680-0001-4481-7531

Child Support Enforcement Program Director: Ann Coffin Cert. #7018-0680-0001-4481-7548

Winter Haven SSA Office Development Manager Ana Saavedra Cert. # 7018-0680-0001-4481-7579

Orange County Clerk of Court Tiffany Moore Russell Cert. #7018-0680-0001-4481-7555

Support Magistrates Office Cert. #7018-0680-0001-4481-7586

Office of the State Attorney Cert. #7018-0680-0001-4481-7494

Petioner/Plaintiff Judith Roman Cert. #7018-0680-0001-4481-7517

Case # 2010-DR-1262-0

I truly do not care if you read this or not. What matters most is that as Certified Mail with individual numbers will show that you received it. As a Gentleman I am giving Notice. My only suggestion is that you read it and follow my instructions as a public servant. This is for your protection, not mine.

1