NOTICE OF DEMAND FOR PERSONAL RESPONSIBILITY CONTRACT

The Constitution of The United States of America talks about several separate jurisdictions. One, The Common Law, and Two, A statutory, contractual jurisdiction, which is colorable. Your administrative agencies do not operate in the Common Law. Therefore, you must be operating and enforcing some agreement, some contract between Real Living Souls and your agency, and these agreements, contracts, must be provided to this Man upon demand. The 14th Amendment Section 1 of the Constitution for the State of Florida requires that Angel Louis Torres shall not be deprived of Life, Liberty, or Property unless by Due Process of Law. The requirement for the 14th Amendment as well as Section 1is also present under 45 C.F.R. 303.101(c)(2), which clearly requires that the Due Process Rights of the parties involved must be protected, and 42 U.S.C.666(a)(5)(C)(i), which also requires that the State "(Must)" afford Due Process Safeguards

RIGHT OF OCCUPATION- "The term (liberty) denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, to establish a home and bring up children, to worship God according to the dictates of his own conscience... The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action."MEYER v. NEBRASKA, 262 U.S. 390, 399, 400. Pursuant to the Federal Office of Child Support Enforcement Glossary of Common Child Support Terms, Page 11, Due Process is the principle of fairness in legal proceedings so that a"person" (see Preamble of the Constitution) has a right to know what action is being taken and hasan opportunity to be heard. Therefore, Pursuant to the Supreme Law of the Land, you are hereby ORDERED to provide the following. Under Title 42 United States Code 603 Grants to States (a)(5)(C)(iii)(III)-IT SAYS VERY CLEARLY YOU MUST HAVE A CONTRACT, A COMMITMENT, AND COOPERATION.(III) In the case of a noncustodial parent who "becomes enrolled" in "the project" on or after November29, 1999, the noncustodial parent is in compliance with the terms of an oral or written personal responsibility contract entered into among the noncustodial parent, the entity, and... the agency responsible for administering the State plan under part D, (ORS) which was developed taking into account the employment and child support status of the noncustodial parent, which was entered into not later than 30 (or, at the option of the entity, not later than 90 days after the noncustodial parent was enrolled in the project, and which, at a minimum, includes the following; (aa) A commitment by the noncustodial parent to cooperate, at the earliest opportunity in the establishmentof the paternity of the minor child, through voluntary acknowledgement or other procedures, and in the establishment of a child support order. (bb) A commitment by the noncustodial parent to cooperate in the payment of child support for the minor child, which may include a modification of an existing support order to take into account the ability of the noncustodial parent to pay such support and the participation of such parent in the project. (cc) A commitment by the noncustodial parent to participate in employment or related activities that will enable the noncustodial parent to make regular child support

payments, and if the noncustodial parent has not attained 20 years of age, such related activities may include completion of high school, a general equivalency degree, or other education directly related to employment. (dd) A description of the services to be provided under this paragraph, and a commitment by the noncustodial parent to participate in such services, that are designed to assist the noncustodial parent obtain and retain employment, increase earnings, and enhance the financial and emotional contributions to the well being

of the minor child.

1. You are hereby ORDERED to produce and provide this Man with a certified, notarized copy of the "Contract" for services that I signed and agreed to with Health and Human Services AND specifically, The Office of Recovery Services.

2. You are hereby ORDERED to produce and provide this Man with proof of a "commitment."

3. You are hereby ORDERED to produce and provide this Man with proof of "cooperation."

4. You are hereby ORDERED to produce and provide this Man with a certified, notarized copy of the "services to be provided" form or application that this Man signed and agreed to. FURTHERMORE, Title 42 U.S.C. 466(a) and 42 U.S.C. 666(a)(15)(A)(I) describes a "procedure" to ensure that if the "noncustodial parent" owes past-due support he will work or have a plan for payment... Really? What "procedure?" "Support" suggests that DCSE, HHS, is "supporting" My Child. Do you have any evidence My Child is on Public Assistance or being "supported" by ANY State agency? NO. You do not.

5. You are hereby ORDERED to produce and provide this Man with a certified, notarized copy of this "procedure" I signed and agreed to, and/or to cooperate with.

6. You are hereby ORDERED to produce and provide documents showing this Man is the "noncustodial parent", the "Obligor", or the "Debtor" and produce and provide evidence that I agreed to this statutory status/label.

7. You are hereby ORDERED to produce and provide a certified, notarized copy of the "enrollment" form, "enrolling" this Man into "the project." (see 42 U.S.C. 603 above)

8. You are hereby ORDERED to produce and provide this Man with the "terms and conditions" of this alleged "contract" (stated above) which I signed, initialed, and agreed to.

9. You are hereby ORDERED to produce and provide this Man a certified, notarized copy of "paternity establishment" form (see Sec. (aa) above) AND produce and provide proof I agreed to "cooperate" with the establishment, and also the proof you had established paternity BEFORE you started eating out My Substance in the form of garnishments and legal orders.

10. You are hereby ORDERED to produce and provide this Man evidence that Title 42 is Positive Law.

11. You are hereby ORDERED to produce and provide this Man evidence that this Man lives in Federal jurisdiction/territory and you have authority to enforce Federal Law in the Republic of Florida.In BLESSING v. FREESTONE 520 U.S. 329 (1997) The Supreme Court states clearly: "respondents have not identified with particularity the rights they claim, and the Circuit has not engaged in the requisite methodical inquiry. That court erred in apparently holding that individuals have an enforceable right to "substancial compliance" with Title IV-D in all respects The statutory "substantial compliance"requirement, see 42 U.S.C.609 (a)(8), does not give rise to individual rights; it was not intended to benefit individual children and custodial parents, but simply a yardstick for the Secretary to measure the systemwide performance of a State's Title IV-D program, allowing her to increase the frequency of audits and reduce the State's Federal grant upon finding of substancial noncompliance. The Court of Appeals also erred in taking a blanket approach to determining whether Title IV-D creates rights: It is readily apparent that many of the provisions of that multifaceted statutory scheme, including it's "substantial compliance" standard and data processing, staffing, and organizational requirements, do not fit any of the traditional criteria for identifying statutory rights."In other words, Child Support is set up to benefit the state treasury to receive Federal Grant Money, and has nothing to do with child or parents. CHILD SUPPORT DOES NOT CREATE A RIGHT. Child Support is INSERTED into divorce proceedings to help the STATE OF FLORIDA and it's agencies get money from the Feds.Period. IT HAS NOTHING TO DO WITH THE CHILDREN, IT HAS EVERYTHING TO DO WITH THEMONEY.

12. You are hereby ORDERED to produce and provide this Man detailed and factual evidence that child supportis a right, and that My Child is Public Property not a Private individual.

13. You are hereby ORDERED to produce and provide this Man detailed evidence your agency, by FORCE can steal My Private Property and use it to offset Welfare Expenditures and Public Assistance without my consent and without just compensation.In TROXEL v. GRANVILLE , 530 U.S. 57 (2000) The Court held that "the interest ofparents in the care,custody and control of their children is perhaps the oldest of the fundamental liberty interests recognizedby this Court." Unless the District Court, and YOU, CSEA, DCF, have evidence that this Man is unfit,YOU violated my Right to raise and care for My Child as I see fit. And unless you have evidence of non-support, and that force, would be Slavery, and Involuntary Servitude.

14. You are hereby ORDERED to produce and provide this Man evidence that CSEA, DCF and the STATE OF FLORIDA have a controlling interest in My Child.Health and Human Services and the Office of Child Support Enforcement is in contract with the Federal Government to secure Federal Grants. A simple FOIA request gave me a treasure trove of contracts, showing how much you pay the State, how much you pay the courts, how to contract with the BAR, how you "educate" lawyers, EVERYTHING. The State of Florida, CSEA, DCF sign a "contract" with the Federal Government, receives"incentive" payments, and is regularly audited to see if they are

14

"in compliance" with said contract. And guess what? Contract makes the Law, No Contract, No Jurisdiction, No Consent.

You just lost immunity. FRANCONIA ASSOCIATES v. UNITED STATES, 536 U.S. 129 (2002) held "First, the requirement that the Government unequivocally waive it's sovereign immunity is satisfied here because, once the United States waives immunity and does business with it's citizens, it does so much as a party never cloaked with immunity. And in CLEARFIELD TRUST CO. v. UNITED STATES 318 U.S. 363-371 "Whereas defined pursuant to Supreme Court Annotated Statute "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen... where private corporate commercial paper (Federal Reserve Notes) and securities (checks) is concerned... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government. "Since these government bodies are not SOVEREIGN, they can not promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency. CSEA, DCF, you DO NOT have immunity, because you are a corporation, with customers. You charge a fee, you provide a service, you advertise, you have a mission statement, you don't have judicial immunity nor do you have personal immunity. You operate in commerce, you take money, you are a for profit corporation."Enforcement of these corporate statutes by YOU are unlawful actions being committed against the SOVEREIGN public and YOU can be held personally liable for your actions."(emphasis added) BOND v. U.S. 529 US 334 (2000) You can not hide behind "immunity" because once you entered into contract you are operating without a shield and you better have a contract because you are operating under Color of Law. A governement agency has no immunity because SOVEREIGNTY resides in "We The People." You are hereby ORDERED to produce and provide to this Man answers, point by point these above items, in affidavit form, you must swear under penalty of perjury, your answers shall be true and correct so help you God. AND SIGN IT. "Silence can only be equated with fraud where there is a legal and moral duty to speak or where an inquiry left unanswered would be intentionally misleading...."U.S. v. Tweel 550 F. 2d297, 299, See also U.S. v. Prodden 424 F. 2d 1021, 1032; Carmine v. Bowen, 64 A.932. You have 20 days to respond and produce the contract for services or you will be in default. DO NOT use the LIE of "we are just enforcing the court order" because you know damn well you also pay the Commissioners and Judges to insert child support into everyone's life so you can create revenue and secure funding.

5

/5