Exibit A

MAY 1ST 2022

## FLORIDA CHILD SUPPORT PROGRAM

Title IV-D is a section of federal law entitled, "Grants to states for aid and services to needy families with children and for child welfare services."Title IV-D is part of the Social Security Act and mandates, among other things, that every state have a system to collect and enforce child support 42 USC 651, et.seq.Title IV-D Child Support Court is a specialized court dealing with child support matters involving the Florida DEPARTMENT OF REVENUE in the State of Florida Child Support Court is presided over by a CHILD SUPPORT HEARING OFFICER not a judge. A Child Support Hearing Officeris authorized by Florida Family Law Rule of Procedure 12.491 to conduct hearings for the purpose of taking evidence in order to make recommended rulings to the Circuit Judge on child support matters. The Circuit Judge then reviews the Hearing Officer's report and when it is signed by a Judge it then becomes a COURT ORDER.The Office of Child Support Enforcement

1. Within the Department of Health with the responsibility for the administration of the program under this title.

2. One-state remedies means the exercise of a State's jurisdiction over a non-resident parent or direct establishment, enforcement or other action by a State against a non-resident parent in accordance with the long-arm provision of State law.205-32

SUPPORT MAGISTRATES & QUASI-JUDGES (a) Support magistrates shall be appointed by the cheif Administrator or the Courts to determine support procedings in Family Court. They shall be attorney's admitted to the practice of law.

(1) Support magistrates shall be appointed as non-judicial employee's of the Court on a full time basis for a term of three years.

(2) Not a Certified Public Accountant

(3) Not a Licensed Tax Preparer

(4) Not a Licensed Bookkeeper

(5) Not a Licensed Financial AdvisorPrivate Parties as State Actors Eleventh Amendment Immunity is Unavailable There is no Eleventh Amendment bar to suit against a State; the immunity of a state official from suit does not necessarily mean that the state cannot be held liable in damages for the acts of the agent. This principle was expressly recognized by The Supreme Court. Ex parte Young holding was based on a determination that an unconstitutional action is void and cannot be authorized in an official capacity because any authorization for such action is a nullity. Owen v City of Independence, 445 U.S. 622 Ex parte Young, 209 U.S. 123

16

(1908) Huemmer vs Mayor & City Council of Ocean City, 632 F2d 371, 372 (4th Circuit 1980) As per review State Actors operating without a license is a fraudulent program.

PRIVATE INDIVIDUALS SS 1983 LIABILITY A private individual may be subject to SS 1983 liability "if he or she willfully colaborated with an official state actor in the deprivation of the federal right." Dwares vs. City of New York, 985 F.2d 94 (2d Cir. 1983). (1) An agreement between a state actor and a private party; (2) To act in concert to inflict an unconstitutional injury' and (3) An overt act done in furtherance of that goal causing damages."Ciambriello vs. County of Nassau, 292 F. 3d 307, 324-25 (2d Cir. 2002) Dwares vs. City of New York, 985 F.2d 94, 98 (2d Cir. 1993) Immunity Is Lost Even where state officials are administering a federally funded program, the state officials are still acting under color of state law. See, Tongol v Usery, 601 F.2d1091, 1097 (9th Circuit, 1979). All hearings and orders issued by a non-judicial court employee (NYS Trial Court Rules 205.32). Administrative procedures under the executive branch of government cannot create and enforce "Court Orders", pursuant CPLR 5016 and FCA 460, and 28USC1691. This violates the 14th Amendment and Due Process of Law, and Due Process of Law is the law of the land. FLORIDA STATUTE 409.2564- Actions for Support (4) Whenever the Department of Revenue has undertaken an action for enforcement of support, the Department of Revenue may enter into an agreement with the obligor for the entry of a judgement determining paternity, if applicable, and for periodic child supportpayments based on the child support guidelines schedule in s.61.30. Before entering into this agreement without the payment of any fees or charges, and the court upon entry of the judgement, shall forward a copy of the judgement to the parties to the action.        Child Support Non-Jurisdiction Statute August 13th 1888. 25 Stat. at L. 433, chap. 866 (U.S. Comp. Stat. 1901, p. 433nor shall any circuit or district court have cognizance (TAKE JURISDICTION) of any suit, except upon foreign bills of exchange, to recover the contents of any promissorynote or other chose in action in favor of any assignee (STATE), or of any subsequentholder (STATE AGENCY) if such instrument be payable to the bearer (HOLDER/STATE AGENCY/BANK)and be not made by any corporation, (YOU MUST BE A CORPORATION) unless such suitmight have been prosecuted in such court to recover the said contents if no assignment or transferhad been made; and the circuit courts shall also have appellate jurisdiction from the districtcourts under the regulations and restrictions prescribed by law.

FOR ACTUAL JUDICIAL OFFICERS3151. OATH OF OFFICEEach judicial officer shall, before entering on the duties of his office, take and subscribethe following oath or affirmation before a person authorized to administer oaths:"I do solemnly swear (or affirm) that I will support, obey and defend the Constitution of theUnited States of America and the Constitution of it's Commonwealth and that I will discharge the duties of my office with fidelity." Any person refusing to take the oath or affirmation shall forfeit his office. A judicial officer shall be sworn

upon his or her appointment or election, and thereafter need not be sworn in any matter referred to him or her. I ANGEL LOUIS TORRES never entered into any such agreement, I received a Court date of initial court subpeona, while awaiting said court date I was sent a Final Order in default. Due Process of Law Violation. Prior to being served for Child Support I was not working due to lower back injury and had applied for Social Security Benefits. Awaiting SSAdecision I received Final Order from CSEA based on my previous employer income. I could not make child support payments due to my situation. My license was suspended without my knowledge and was jailed. While in jail lost my vehicle and apartment and became homeless for close to 2 years.

18