**BANK Account List 6 months**

*Exhibit J*

**0006276964 TORRES, ANGEL L  Transaction Summary**  07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | %% Card 15 #2029<br>SEBRING FL<br>SUNCOAST CREDIT UNION 6505 US 27 NORTH | | | | | | | |
| 07/09/2022 | S 0050 | 07/09/2022 | ATM Deposit | 3.02 | 3.02 | 0.00 | 0.00 | -286.02 | #000000006580 | -289.04 |
| | | | %% ACH Trace 021000021521923 | | | | | | | |
| 07/07/2022 | S 0050 | 07/07/2022 | Fee Withdra... | 29.00 | -29.00 | 0.00 | 0.00 | -289.04 | PAID NSF FEE-ACH | -260.04 |
| | | | TYPE: PAYMENT  CO: ▬▬▬ CAPITAL | | | | | | | |
| 07/07/2022 | S 0050 | 07/07/2022 | ACH Withdra... | 761.82 | -761.82 | 0.00 | 0.00 | -260.04 | ▬▬▬ CAPITAL | 501.78 |
| | | | %% ACH Trace 021000024846697<br>TYPE: PREM COLL  CO: GEICO | | | | | | | |
| 07/06/2022 | S 0050 | 07/06/2022 | ACH Withdra... | 218.72 | -218.72 | 0.00 | 0.00 | 501.78 | GEICO | 720.50 |
| | | | %% ACH Trace 021000020508723<br>TYPE: 8773096576  CO: 759299089 ADD | | | | | | | |
| 07/06/2022 | S 0050 | 07/06/2022 | ACH Withdra... | 72.00 | -72.00 | 0.00 | 0.00 | 720.50 | 759299089 ADD | 792.50 |
| | | | %% ACH Trace 021000025176580<br>NAME: 1105670453<br>TYPE: WEB_PAY  CO: DUKEENERGYCORPOR | | | | | | | |
| 07/05/2022 | S 0050 | 07/05/2022 | ACH Withdra... | 61.41 | -61.41 | 0.00 | 0.00 | 792.50 | DUKEENERGYCORPOR | 853.91 |
| | | | %% Card 15 #2029<br>Date 07/04/22 24145722185900016550546 8111<br>CCW SAFE 405-7710705 OK | | | | | | | |
| 07/05/2022 | S 0050 | 07/05/2022 | Debit Card W... | 18.00 | -18.00 | 0.00 | 0.00 | 853.91 | | 871.91 |
| | | | %% Card 15 #2029<br>Date 07/03/22 24692162184100583930281 4899<br>NETFLIX.COM NETFLIX.COM CA | | | | | | | |
| 07/03/2022 | S 0050 | 07/03/2022 | Debit Card W... | 10.83 | -10.83 | 0.00 | 0.00 | 871.91 | | 882.74 |
| | | | %% Card 15 #2029<br>Date 07/01/22 24692162182100206939281 5968<br>GAN*USATODAYCIRC 888-426-0491 IN | | | | | | | |
| 07/02/2022 | S 0050 | 07/02/2022 | Debit Card W... | 29.99 | -29.99 | 0.00 | 0.00 | 882.74 | | 912.73 |
| | | | %% ACH Trace 031736027758660<br>TYPE: XXSOC SEC  CO: SSA TREAS 310 | | | | | | | |
| 07/01/2022 | S 0050 | 07/01/2022 | ACH Deposit | 933.90 | 933.90 | 0.00 | 0.00 | 912.73 | SSA TREAS 310 | -21.17 |
| | | | %% ACH Trace 101036152966657<br>TYPE: MISC PAY  CO: 36  TREAS 310 | | | | | | | |
| 06/28/2022 | S 0050 | 06/28/2022 | ACH Deposit | 55.42 | 55.42 | 0.00 | 0.00 | -21.17 | 36 TREAS 310 | -76.59 |
| 06/13/2022 | S 0050 | 06/13/2022 | Fee Withdra... | 29.00 | -29.00 | 0.00 | 0.00 | -76.59 | PAID NSF FEE-CHK | -47.59 |
| 06/13/2022 | S 0050 | 06/13/2022 | Draft Withdra... | 58.29 | -58.29 | 0.00 | 0.00 | -47.59 | Draft: 0000100008 | 10.70 |
| | | | %% Card 15 #2029<br>Date 06/13/22 24692162164100642909528 4814<br>BOOST MOBILE 866-402-7366 CO | | | | | | | |
| 06/13/2022 | S 0050 | 06/13/2022 | Debit Card W... | 60.00 | -60.00 | 0.00 | 0.00 | 10.70 | | 70.70 |
| | | | %% Card 15 #2029<br>Date 06/09/22 24692162160100432636707 5818 | | | | | | | |

Page 1

**0006276964 TORRES,ANGEL L Transaction Summary**                                                                                       **07/11/2022**

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/2022 | S 0050 | 06/09/2022 | GOOGLE *King 855-836-3987 CA<br>Debit Card W... | 19.99 | -19.99 | 0.00 | 0.00 | 70.70 | | 90.69 |
| 06/06/2022 | S 0050 | 06/06/2022 | %% ACH Trace 021000028948757<br>TYPE: PAYMENT  CO: ▓▓▓▓▓ CAPITAL<br>ACH Withdra... | 761.82 | -761.82 | 0.00 | 0.00 | 90.69 | ▓▓▓▓▓CAPITAL | 852.51 |
| 06/05/2022 | S 0050 | 06/05/2022 | %% Card 15 #2029<br>Date 06/04/22 24145722156900013458185 8111<br>CCW SAFE 405-7710705 OK<br>Debit Card W... | 18.00 | -18.00 | 0.00 | 0.00 | 852.51 | | 870.51 |
| 06/05/2022 | S 0050 | [06/04/2022] | %% Card 15 #2029<br>Date 06/04/22 24492152155717435212309 4121<br>UBER TRIP HELP.UBER.COM CA<br>Debit Card W... | 25.97 | -25.97 | 0.00 | 0.00 | 870.51 | | 878.48 |
| 06/04/2022 | S 0050 | 06/04/2022 | %% Card 15 #2029<br>Date 06/04/22 24692162155100160859858 5816<br>GOOGLE *King 855-836-3987 CA<br>Debit Card W... | 29.99 | -29.99 | 0.00 | 0.00 | 896.48 | | 926.47 |
| 06/03/2022 | S 0050 | 06/03/2022 | %% Card 15 #2029<br>Date 06/03/22 24692162154100502423737 4899<br>NETFLIX.COM NETFLIX.COM CA<br>Debit Card W... | 10.83 | -10.83 | 0.00 | 0.00 | 926.47 | | 937.30 |
| 06/03/2022 | S 0050 | 06/03/2022 | %% ACH Trace 021000026497172<br>NAME: 1105670453<br>TYPE: WEB_PAY  CO: DUKEENERGYCORPOR<br>ACH Withdra... | 56.50 | -56.50 | 0.00 | 0.00 | 937.30 | DUKEENERGYCORPOR | 993.80 |
| 06/03/2022 | S 0050 | 06/03/2022 | %% ACH Trace 043305130293219<br>NAME: TORRES ANGEL<br>TYPE: PAYMENT  CO: GENESIS-FS CARD<br>ACH Withdra... | 40.00 | -40.00 | 0.00 | 0.00 | 993.80 | GENESIS-FS CARD | 1,033.80 |
| 06/03/2022 | S 0050 | 06/03/2022 | %% ACH Trace 031736023751659<br>TYPE: XXSOC SEC  CO: SSA TREAS 310<br>ACH Deposit | 933.90 | 933.90 | 0.00 | 0.00 | 1,033.80 | SSA TREAS 310 | 99.90 |
| 06/02/2022 | S 0050 | 06/02/2022 | %% Card 15 #2029<br>Date 06/01/22 24692162152100145959735 5968<br>GAN*USATODAYCIRC 888-426-0491 IN<br>Debit Card W... | 29.00 | -29.00 | 0.00 | 0.00 | 99.90 | | 128.90 |
| 05/31/2022 | S 0050 | 05/31/2022 | %% Card 15 #2029<br>Date 05/30/22 24692162150100544107060 5816<br>GOOGLE *King 855-836-3987 CA<br>Debit Card W... | 14.99 | -14.99 | 0.00 | 0.00 | 128.90 | | 143.89 |
| 05/27/2022 | S 0050 | 05/27/2022 | %% Card 15 #2029<br>Date 05/27/22 24692162147100554384589 5818<br>GOOGLE *King 855-836-3987 CA<br>Debit Card W... | 1.99 | -1.99 | 0.00 | 0.00 | 143.89 | | 145.88 |

**0006276964 TORRES, ANGEL L** Transaction Summary

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2022 | S 0050 | 05/27/2022 | %% ACH Trace 021000020866875 TYPE: PREM COLL CO: GEICO ACH Withdra... | 218.72 | -218.72 | 0.00 | 0.00 | 145.88 | GEICO | 362.61 |
| 05/24/2022 | S 0050 | 05/24/2022 | %% Card 15 #2029 Date 05/24/22 246921621441000031942855818 GOOGLE *King 855-836-3987 CA Debit Card W... | 29.99 | -29.99 | 0.00 | 0.00 | 364.60 | | 394.59 |
| 05/23/2022 | S 0050 | 05/23/2022 | %% Card 15 #2029 Date 05/23/22 246921621431002034002774899 GOOGLE *King 855-836-3987 CA Debit Card W... | 19.99 | -19.99 | 0.00 | 0.00 | 394.59 | | 414.58 |
| 05/21/2022 | S 0050 | 05/21/2022 | %% ACH Trace 101036152629993 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.42 | 55.42 | 0.00 | 0.00 | 414.58 | 36 TREAS 310 | 359.16 |
| 05/17/2022 | S 0050 | 05/17/2022 | %% Card 15 #2029 Date 05/17/22 2469216213710062426973 5817 GOOGLE *Google Storage 855-836-3987 CA Debit Card W... | 1.99 | -1.99 | 0.00 | 0.00 | 359.16 | | 361.15 |
| 05/17/2022 | S 0050 | 05/17/2022 | %% Card 15 #2029 Date 05/17/22 246921621371001430419735734 GOOGLE *King g.co/helppay# CA Debit Card W... | 7.99 | -7.99 | 0.00 | 0.00 | 361.15 | | 367.15 |
| 05/16/2022 | S 0050 | 05/16/2022 | %% Card 15 #2029 Date 05/16/22 24692162136100771365158 7372 GOOGLE *King 855-836-3987 CA Debit Card W... | 22.99 | -22.99 | 0.00 | 0.00 | 369.14 | | 390.14 |
| 05/14/2022 | S 0050 | 05/14/2022 | %% Card 15 #2029 Date 05/14/22 24692162134100660821776 5816 GOOGLE *King 855-836-3987 CA Debit Card W... | 6.99 | -6.99 | 0.00 | 0.00 | 392.13 | | 399.12 |
| 05/14/2022 | S 0050 | 05/14/2022 | %% ACH Trace 101036151822984 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.42 | 55.42 | 0.00 | 0.00 | 399.12 | 36 TREAS 310 | 336.71 |
| 05/13/2022 | S 0050 | 05/13/2022 | %% Card 15 #2029 Date 05/13/22 24692162133100922554273 4814 BOOST MOBILE 866-402-7366 CO Debit Card W... | 70.00 | -70.00 | 0.00 | 0.00 | 343.70 | | 413.70 |
| 05/12/2022 | S 0050 | 05/12/2022 | %% ACH Trace 101036151554929 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 49.89 | 49.89 | 0.00 | 0.00 | 413.70 | 36 TREAS 310 | 363.81 |
| 05/07/2022 | S 0050 | 05/07/2022 | %% Card 15 #2029 Date 05/07/22 24692162127100462603363 5816 GOOGLE *King 855-836-3987 CA Debit Card W... | 14.99 | -14.99 | 0.00 | 0.00 | 363.81 | | 378.80 |

**0006276964 TORRES, ANGEL L**  Transaction Summary

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/2022 | S 0050 | 05/05/2022 | %% ACH Trace 021000021715452 TYPE: RETRY PYMT CO: ▇▇▇▇ CAPITAL ACH Withdra... | 761.82 | -761.82 | 0.00 | 0.00 | 378.80 | ▇▇▇▇ CAPITAL | 1,140.62 |
| 05/05/2022 | S 0050 | 05/05/2022 | %% Card 15 #2029 Date 05/04/22 24145722124900010268263 8111 CCW SAFE 405-7710705 OK Debit Card W... | 18.00 | -18.00 | 0.00 | 0.00 | 1,140.62 | | 1,158.62 |
| 05/04/2022 | S 0050 | [05/03/2022] | %% Card 15 #2029 Date 05/03/22 24692162123100143583913 5734 GOOGLE *King g.co/helppay# CA Debit Card W... | 3.99 | -3.99 | 0.00 | 0.00 | 1,158.62 | | 1,162.61 |
| 05/03/2022 | S 0050 | 05/03/2022 | %% Card 15 #2029 Date 05/03/22 24692162123100814106010 4899 NETFLIX.COM NETFLIX.COM CA Debit Card W... | 10.83 | -10.83 | 0.00 | 0.00 | 1,162.61 | | 1,173.44 |
| 05/03/2022 | S 0050 | 05/03/2022 | %% ACH Trace 021000025592604 NAME: 1105670453 TYPE: WEB_PAY CO: DUKEENERGYCORPOR ACH Withdra... | 60.69 | -60.69 | 0.00 | 0.00 | 1,173.44 | DUKEENERGYCORPOR | 1,234.13 |
| 05/03/2022 | S 0050 | 05/03/2022 | %% Card 15 #2029 Date 05/02/22 24692162122100319197143 5968 GAN*USATODAYCIRC 888-426-0491 IN Debit Card W... | 29.00 | -29.00 | 0.00 | 0.00 | 1,234.13 | | 1,263.13 |
| 05/03/2022 | S 0050 | 05/03/2022 | %% ACH Trace 031736027545565 TYPE: XXSOC SEC CO: SSA TREAS 310 ACH Deposit | 933.90 | 933.90 | 0.00 | 0.00 | 1,263.13 | SSA TREAS 310 | 300.23 |
| 05/03/2022 | S 0050 | 05/03/2022 | In the amount $761.82 CHRYSLER CAPITAL Fee Withdra... | 29.00 | -29.00 | 0.00 | 0.00 | 329.23 | NSF FEE | 329.23 |
| 05/02/2022 | S 0050 | 05/02/2022 | %% APY Earned 0.02% 04/01/22 to 04/30/22 Dividend Dep... | 0.01 | 0.01 | 0.00 | 0.00 | 358.23 | Index Rate | 358.22 |
| 04/30/2022 | S 0050 | 04/30/2022 | %% Card 15 #2029 Date 04/29/22 24692162119100903563663 5818 GOOGLE *King g.co/helppay# CA Debit Card W... | 22.99 | -22.99 | 0.00 | 0.00 | 358.22 | | 381.21 |
| 04/29/2022 | S 0050 | 04/29/2022 | %% ACH Trace 021000028238617 TYPE: PREM COLL CO: GEICO ACH Withdra... | 218.72 | -218.72 | 0.00 | 0.00 | 381.21 | GEICO | 599.93 |
| 04/27/2022 | S 0050 | 04/27/2022 | %% Card 15 #2029 Date 04/23/22 24692162113100517166883 5818 GOOGLE *King g.co/helppay# CA Debit Card W... | 14.99 | -14.99 | 0.00 | 0.00 | 599.93 | | 614.92 |
| 04/23/2022 | S 0050 | 04/23/2022 | Draft Withdra... | 42.79 | -42.79 | 0.00 | 0.00 | 614.92 | Draft: 0000100007 | 657.71 |
| 04/20/2022 | S 0050 | 04/20/2022 | %% ACH Trace 101036152368990 TYPE: MISC PAY CO: 36 TREAS 310 | | | | | | | |

**0006276964 TORRES,ANGEL L Transaction Summary**                                07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/20/2022 | S 0050 | 04/20/2022 | ACH Deposit<br>%% Card 15 #2029<br>Date 04/17/22 24692162107100799488540 7372<br>GOOGLE *Google Storage 855-836-3987 CA | 55.42 | 55.42 | 0.00 | 0.00 | 657.71 | 36  TREAS 310 | 602.29 |
| 04/17/2022 | S 0050 | 04/17/2022 | Debit Card W...<br>%% Card 15 #2029<br>SEBRING FL<br>SUNCOAST CREDIT UNION 6505 US 27 NORTH | 1.99 | -1.99 | 0.00 | 0.00 | 602.29 | | 604.28 |
| 04/16/2022 | S 0050 | 04/16/2022 | ATM Deposit<br>%% Card 15 #2029<br>Date 04/15/22 24692162105100123140181 5818<br>GOOGLE *King g.co/helppay# CA | 85.58 | 85.58 | 0.00 | 0.00 | 604.28 | #000000000929 | 516.71 |
| 04/15/2022 | S 0050 | 04/15/2022 | Debit Card W...<br>%% Card 15 #2029<br>ALAMANDA CITGO AVON PARK FL | 29.99 | -29.99 | 0.00 | 0.00 | 518.70 | | 548.69 |
| 04/15/2022 | S 0050 | 04/15/2022 | POS Withdra...<br>%% ACH Trace 043305138136701<br>NAME: TORRES ANGEL<br>TYPE: PAYMENT  CO: GENESIS-FS CARD | 19.07 | -19.07 | 0.00 | 0.00 | 548.69 | #210516731795 | 537.77 |
| 04/14/2022 | S 0050 | 04/14/2022 | ACH Withdra...<br>%% ACH Trace 043305137899750<br>NAME: TORRES ANGEL<br>TYPE: PAYMENT  CO: GENESIS-FS CARD | 62.59 | -62.59 | 0.00 | 0.00 | 567.76 | GENESIS-FS CARD | 630.35 |
| 04/14/2022 | S 0050 | 04/14/2022 | ACH Withdra...<br>%% Card 15 #2029<br>Date 04/13/22 24692162103100141578851 4814<br>BOOST MOBILE 866-402-7366 CO | 54.06 | -54.06 | 0.00 | 0.00 | 630.35 | GENESIS-FS CARD | 684.41 |
| 04/13/2022 | S 0050 | 04/13/2022 | Debit Card W...<br>%% Card 15 #2029<br>Date 04/13/22 24692162103100060731143 5818<br>GOOGLE *King 855-836-3987 CA | 70.00 | -70.00 | 0.00 | 0.00 | 684.41 | | 754.41 |
| 04/13/2022 | S 0050 | 04/13/2022 | Debit Card W...<br>%% Card 15 #2029<br>Town Star 490 7030 HWY 27 FROSTPROOF FL | 4.99 | -4.99 | 0.00 | 0.00 | 754.41 | | 689.40 |
| 04/09/2022 | S 0050 | 04/09/2022 | Fee Withdra...<br>%% Card 15 #2029<br>Town Star 490 7030 HWY 27 FROSTPROOF FL | 1.50 | -1.50 | 0.00 | 0.00 | 759.40 | ATM Withdraw Fee | 760.90 |
| 04/09/2022 | S 0050 | 04/09/2022 | ATM Withdra...<br>%% Card 15 #2029<br>FROSTPROOF FL<br>TOWN STAR 490 7030 HIGHWAY 27 US | 43.25 | -43.25 | 0.00 | 0.00 | 760.90 | #267300001901 | 804.15 |
| 04/09/2022 | S 0050 | 04/09/2022 | POS Withdra...<br>%% ACH Trace 021000023293163<br>TYPE: 8773096576  CO: 759299089 ADD | 14.16 | -14.16 | 0.00 | 0.00 | 804.15 | #209900588956 | 818.31 |

**0006276964 TORRES,ANGEL L** Transaction Summary                                                                07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/2022 | S 0050 | 04/06/2022 | ACH Withdra... %% Card 15 #2029 Date 04/04/22 24145722095900017155468 8111 CCW SAFE 405-7710705 OK | 72.00 | -72.00 | 0.00 | 0.00 | 818.31 | 759299089 ADD | 890.31 |
| 04/06/2022 | S 0050 | 04/06/2022 | Debit Card W... %% ACH Trace 1010361506656663 TYPE: MISC PAY CO: 36 TREAS 310 | 18.00 | -18.00 | 0.00 | 0.00 | 890.31 | | 908.31 |
| 04/06/2022 | S 0050 | 04/06/2022 | ACH Deposit %% ACH Trace 021000026734686 TYPE: PREM COLL CO: GEICO | 52.93 | 52.93 | 0.00 | 0.00 | 908.31 | 36 TREAS 310 | 837.38 |
| 04/04/2022 | S 0050 | 04/04/2022 | ACH Withdra... %% Card 15 #2029 Date 04/04/22 24692162094100680193071 5818 GOOGLE *King g.co/helppay# CA | 217.61 | -217.61 | 0.00 | 0.00 | 855.38 | GEICO | 1,072.99 |
| 04/04/2022 | S 0050 | 04/04/2022 | Debit Card W... %% Card 15 #2029 Date 04/03/22 24692162093100231153336 4899 NETFLIX.COM NETFLIX.COM CA | 14.99 | -14.99 | 0.00 | 0.00 | 1,072.99 | | 1,087.98 |
| 04/03/2022 | S 0050 | 04/03/2022 | Debit Card W... %% ACH Trace 1010361503313332 TYPE: MISC PAY CO: 36 TREAS 310 | 10.83 | -10.83 | 0.00 | 0.00 | 1,087.98 | | 1,098.81 |
| 04/02/2022 | S 0050 | 04/02/2022 | ACH Deposit %% Card 15 #2029 Date 04/01/22 24692162091100832213861 5968 GAN*USATODAYCIRC 888-426-0491 IN | 55.42 | 55.42 | 0.00 | 0.00 | 1,098.81 | 36 TREAS 310 | 1,043.39 |
| 04/02/2022 | S 0050 | 04/02/2022 | Debit Card W... %% ACH Trace 021000022422477 TYPE: PAYMENT CO: ▓▓▓ CAPITAL | 29.00 | -29.00 | 0.00 | 0.00 | 1,043.39 | | 1,072.39 |
| 04/01/2022 | S 0050 | 04/01/2022 | ACH Withdra... %% ACH Trace 043305133261471 NAME: TORRES ANGEL TYPE: PAYMENT CO: GENESIS-FS CARD | 761.82 | -761.82 | 0.00 | 0.00 | 1,072.39 | ▓▓▓ CAPITAL | 1,834.21 |
| 04/01/2022 | S 0050 | 04/01/2022 | ACH Withdra... %% ACH Trace 043305133482922 NAME: TORRES ANGEL TYPE: PAYMENT CO: GENESIS-FS CARD | 89.48 | -89.48 | 0.00 | 0.00 | 1,834.21 | GENESIS-FS CARD | 1,923.69 |
| 04/01/2022 | S 0050 | 04/01/2022 | ACH Withdra... %% Card 15 #2029 Date 04/01/22 24692162091100230054933 5818 GOOGLE *King g.co/helppay# CA | 75.00 | -75.00 | 0.00 | 0.00 | 1,923.69 | GENESIS-FS CARD | 1,998.69 |
| 04/01/2022 | S 0050 | 04/01/2022 | Debit Card W... %% ACH Trace 031736027551641 TYPE: XXSOC SEC CO: SSA TREAS 310 | 14.99 | -14.99 | 0.00 | 0.00 | 1,998.69 | | 2,013.68 |
| 04/01/2022 | S 0050 | 04/01/2022 | ACH Deposit | 933.90 | 933.90 | 0.00 | 0.00 | 2,013.68 | SSA TREAS 310 | 1,064.79 |

**0006276964 TORRES,ANGEL L** Transaction Summary                              07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | S 0050 | 03/31/2022 | %% APY Earned 0.02% 03/01/22 to 03/31/22 Dividend Dep... | 0.01 | 0.01 | 0.00 | 0.00 | 1,079.78 | Index Rate | 1,079.77 |
| 03/31/2022 | S 0050 | 03/31/2022 | %% ACH Trace 101036153869651 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.42 | 55.42 | 0.00 | 0.00 | 1,079.77 | 36 TREAS 310 | 1,024.35 |
| 03/30/2022 | S 0050 | 03/30/2022 | %% Card 15 #2029 USPS PO 11319508 1 W 1ST FROSTPROOF FL POS Withdra... | 51.45 | -51.45 | 0.00 | 0.00 | 1,024.35 | #208916864500 | 1,075.80 |
| 03/29/2022 | S 0050 | 03/29/2022 | %% ACH Trace 021000026877342 NAME: 1105670453 TYPE: WEB_PAY CO: DUKEENERGYCORPOR ACH Withdra... | 2.49 | -2.49 | 0.00 | 0.00 | 1,075.80 | DUKEENERGYCORPOR | 1,078.29 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172495 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 61.65 | 61.65 | 0.00 | 0.00 | 1,078.29 | 36 TREAS 310 | 1,016.64 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172494 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 61.65 | 61.65 | 0.00 | 0.00 | 1,016.64 | 36 TREAS 310 | 954.99 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172492 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.65 | 55.65 | 0.00 | 0.00 | 954.99 | 36 TREAS 310 | 899.34 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172491 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.65 | 55.65 | 0.00 | 0.00 | 899.34 | 36 TREAS 310 | 843.69 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172490 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.65 | 55.65 | 0.00 | 0.00 | 843.69 | 36 TREAS 310 | 788.04 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172488 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 42.32 | 42.32 | 0.00 | 0.00 | 788.04 | 36 TREAS 310 | 745.72 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172493 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 27.83 | 27.83 | 0.00 | 0.00 | 745.72 | 36 TREAS 310 | 717.89 |
| 03/25/2022 | S 0050 | 03/25/2022 | %% ACH Trace 101036153172489 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 27.83 | 27.83 | 0.00 | 0.00 | 717.89 | 36 TREAS 310 | 690.06 |
| 03/23/2022 | S 0050 | 03/23/2022 | %% ACH Trace 101036152900095 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 27.83 | 27.83 | 0.00 | 0.00 | 690.06 | 36 TREAS 310 | 662.23 |
| 03/19/2022 | S 0050 | 03/19/2022 | %% ACH Trace 101036152512793 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 55.65 | 55.65 | 0.00 | 0.00 | 662.23 | 36 TREAS 310 | 606.58 |

%% ACH Trace 101036152512792
TYPE: MISC PAY CO: 36 TREAS 310

**0006276964 TORRES, ANGEL L   Transaction Summary**                                                                07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2022 | S 0050 | 03/19/2022 | ACH Deposit<br>%% ACH Trace 101036152512791<br>TYPE: MISC PAY  CO: 36  TREAS 310 | 42.32 | 42.32 | 0.00 | 0.00 | 606.58 | 36  TREAS 310 | 564.26 |
| 03/19/2022 | S 0050 | 03/19/2022 | ACH Deposit<br>%% Card 15 #2029<br>Date 03/17/22 246921620761007244442833 5734<br>GOOGLE *Google Storage g.co/helppay# CA | 27.83 | 27.83 | 0.00 | 0.00 | 564.26 | 36  TREAS 310 | 536.43 |
| 03/18/2022 | S 0050 | [03/17/2022] | Debit Card W...<br>%% Card 15 #2029<br>Date 03/12/22 24692162071100437746335 4814<br>BOOST MOBILE 866-402-7366 CO | 1.99 | -1.99 | 0.00 | 0.00 | 536.43 | | 538.42 |
| 03/12/2022 | S 0050 | 03/12/2022 | Debit Card W...<br>%% Card 15 #2029<br>Date 03/04/22 24145722063900013999487 8111<br>CCW SAFE 405-7710705 OK | 74.00 | -74.00 | 0.00 | 0.00 | 538.42 | | 612.42 |
| 03/05/2022 | S 0050 | 03/05/2022 | Debit Card W...<br>%% Card 15 #2029<br>Date 03/03/22 24692162062100342344045 5818<br>GOOGLE *King 855-836-3987 CA | 18.00 | -18.00 | 0.00 | 0.00 | 612.42 | | 630.42 |
| 03/03/2022 | S 0050 | 03/03/2022 | Debit Card W...<br>%% Card 15 #2029<br>Date 03/03/22 24692162062100199170105 4899<br>NETFLIX.COM NETFLIX.COM CA | 22.99 | -22.99 | 0.00 | 0.00 | 630.42 | | 653.41 |
| 03/03/2022 | S 0050 | 03/03/2022 | Debit Card W...<br>%% ACH Trace 031736027812407<br>TYPE: XXSOC SEC  CO: SSA  TREAS 310 | 9.74 | -9.74 | 0.00 | 0.00 | 653.41 | | 640.16 |
| 03/03/2022 | S 0050 | 03/03/2022 | ACH Deposit<br>%% ACH Trace 021000027500471 | 890.60 | 890.60 | 0.00 | 0.00 | 663.15 | SSA  TREAS 310 | -227.45 |
| 03/02/2022 | S 0050 | 03/02/2022 | Fee Withdra...<br>TYPE: PAYMENT  CO: ▮▮▮▮▮ CAPITAL | 29.00 | -29.00 | 0.00 | 0.00 | -227.45 | PAID NSF FEE-ACH | -198.45 |
| 03/02/2022 | S 0050 | 03/02/2022 | ACH Withdra...<br>%% ACH Trace 061100609289185<br>TYPE: PAYMENT  CO: FIRST PROGRESS | 761.82 | -761.82 | 0.00 | 0.00 | -198.45 | ▮▮▮▮ CAPITAL | 563.37 |
| 03/02/2022 | S 0050 | 03/02/2022 | ACH Withdra...<br>%% Card 15 #2029<br>Date 03/01/22 24692162060100909143840 5968<br>GAN*USATODAYCIRC 888-426-0491 IN | 72.54 | -72.54 | 0.00 | 0.00 | 563.37 | FIRST PROGRESS | 635.91 |
| 03/02/2022 | S 0050 | 03/02/2022 | Debit Card W...<br>%% APY Earned  0.02% 02/01/22 to 02/28/22 | 29.00 | -29.00 | 0.00 | 0.00 | 635.91 | | 664.91 |
| 02/28/2022 | S 0050 | 02/28/2022 | Dividend Dep...<br>%% ACH Trace 021000022165097<br>TYPE: PREM COLL  CO: GEICO | 0.01 | 0.01 | 0.00 | 0.00 | 664.91 | Index Rate | 664.90 |
| 02/28/2022 | S 0050 | 02/28/2022 | ACH Withdra...<br>%% Card 15 #2029 | 232.66 | -232.66 | 0.00 | 0.00 | 664.90 | GEICO | 897.56 |

**0006276964 TORRES,ANGEL L  Transaction Summary**                                                              07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2022 | S 0050 | 02/26/2022 | Date 02/26/22 24692162057100687073669 5818 GOOGLE *King g.co/helppay# CA Debit Card W... | 1.99 | -1.99 | 0.00 | 0.00 | 897.56 | | 899.55 |
| 02/26/2022 | S 0050 | 02/26/2022 | %% Card 15 #2029 Date 02/26/22 24692162057100667348495 5818 GOOGLE *King 855-836-3987 CA Debit Card W... | 1.99 | -1.99 | 0.00 | 0.00 | 899.55 | | 899.55 |
| 02/26/2022 | S 0050 | 02/26/2022 | %% ACH Trace 101036153347127 TYPE: MISC PAY CO: 36 TREAS 310 ACH Deposit | 42.32 | 42.32 | 0.00 | 0.00 | 901.54 | 36 TREAS 310 | 855.24 |
| 02/25/2022 | S 0050 | 02/25/2022 | %% Card 15 #2029 Date 02/25/22 74692162056100931149428 4814 BOOST MOBILE 866-402-7366 CO Debit Card W... | -4.00 | 4.00 | 0.00 | 0.00 | 859.22 | Credit Voucher | 855.22 |
| 02/25/2022 | S 0050 | 02/25/2022 | %% Card 15 #2029 Date 02/25/22 74692162056100928854204 4814 BOOST MOBILE 866-402-7366 CO Debit Card W... | -60.00 | 60.00 | 0.00 | 0.00 | 855.22 | Credit Voucher | 795.22 |
| 02/24/2022 | S 0050 | 02/24/2022 | $4.00 on card 2029 BOOST MOBILE Pending credit/return for | | | | | | | |
| 02/24/2022 | S 0050 | 02/24/2022 | $60.00 on card 2029 BOOST MOBILE Pending credit/return for | | | | | | | |
| 02/17/2022 | S 0050 | 02/17/2022 | %% Card 15 #2029 Date 02/17/22 24692162048100097600780 5818 GOOGLE *Google Storage 855-836-3987 CA Debit Card W... | 1.99 | -1.99 | 0.00 | 0.00 | 795.22 | | 797.21 |
| 02/17/2022 | S 0050 | 02/17/2022 | %% Card 15 #2029 Date 02/17/22 24692162048100668475430 5818 GOOGLE *King 855-836-3987 CA Debit Card W... | 22.99 | -22.99 | 0.00 | 0.00 | 797.21 | | 820.20 |
| 02/16/2022 | S 0050 | 02/16/2022 | %% Card 15 #2029 Date 02/16/22 24692162047100033871843 4814 BOOST MOBILE 866-402-7366 CO Debit Card W... | 64.00 | -64.00 | 0.00 | 0.00 | 820.20 | | 884.20 |
| 02/16/2022 | S 0050 | 02/16/2022 | %% Card 15 #2029 Date 02/16/22 24692162047100028502577 4814 BOOST MOBILE 866-402-7366 CO Debit Card W... | 60.00 | -60.00 | 0.00 | 0.00 | 884.20 | | 880.20 |
| 02/11/2022 | S 0050 | 02/11/2022 | %% Card 15 #2029 Date 02/11/22 24692162042100107373564 5818 GOOGLE *King 855-836-3987 CA Debit Card W... | 29.99 | -29.99 | 0.00 | 0.00 | 944.20 | | 974.19 |
| | | | %% Card 15 #2029 Date 02/04/22 24145722035900018970066 8111 | | | | | | | |

0006276964 TORRES,ANGEL L  Transaction Summary                                                                07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/2022 | S 0050 | 02/05/2022 | CCW SAFE 405-7710705 OK<br>Debit Card W... | 18.00 | -18.00 | 0.00 | 0.00 | 974.19 | | 992.19 |
| 02/03/2022 | S 0050 | 02/03/2022 | %% Card 15 #2029<br>Date 02/03/22 2469216203410025454520 4899<br>NETFLIX.COM NETFLIX.COM CA<br>Debit Card W... | 9.74 | -9.74 | 0.00 | 0.00 | 992.19 | | 1,001.93 |
| 02/03/2022 | S 0050 | 02/03/2022 | %% Card 15 #2029<br>Date 02/03/22 2469216203410096784360 5818<br>GOOGLE *King g.co/helppay# CA<br>Debit Card W... | 29.99 | -29.99 | 0.00 | 0.00 | 1,001.93 | | 1,031.92 |
| 02/03/2022 | S 0050 | 02/03/2022 | %% ACH Trace 031736027591025<br>TYPE: XXSOC SEC CO: SSA TREAS 310<br>ACH Deposit | 890.60 | 890.60 | 0.00 | 0.00 | 1,031.92 | SSA TREAS 310 | 111.33 |
| 02/02/2022 | S 0050 | 02/02/2022 | %% Card 15 #2029<br>PAI ISO 1081 W. MAIN ST AVON FL<br>Fee Withdra... | 1.50 | -1.50 | 0.00 | 0.00 | 141.32 | ATM Withdraw Fee | 142.82 |
| 02/02/2022 | S 0050 | 02/02/2022 | %% Card 15 #2029<br>PAI ISO 1081 W. MAIN ST AVON FL<br>ATM Withdra... | 23.00 | -23.00 | 0.00 | 0.00 | 142.82 | #000000000513 | 165.82 |
| 02/02/2022 | S 0050 | 02/02/2022 | %% ACH Trace 101036150393507<br>TYPE: MISC PAY CO: 36 TREAS 310<br>ACH Deposit | 55.42 | 55.42 | 0.00 | 0.00 | 165.82 | 36 TREAS 310 | 110.40 |
| 02/02/2022 | S 0050 | 02/02/2022 | %% Card 15 #2029<br>Date 02/01/22 2469216203210008193517 5968<br>GAN*USATODAYCIRC 888-426-0491 IN<br>Debit Card W... | 29.00 | -29.00 | 0.00 | 0.00 | 110.40 | | 139.40 |
| 02/01/2022 | S 0050 | 02/01/2022 | %% ACH Trace 021000027855643<br>TYPE: PAYMENT CO: ▓▓▓▓ CAPITAL<br>ACH Withdra... | 761.82 | -761.82 | 0.00 | 0.00 | 139.40 | ▓▓▓▓ CAPITAL | 901.22 |
| 02/01/2022 | S 0050 | 02/01/2022 | %% ACH Trace 021000028413002<br>NAME: ANGEL TORRES<br>TYPE: WEB_PAY CO: DUKEENERGYCORPOR<br>ACH Withdra... | 73.80 | -73.80 | 0.00 | 0.00 | 901.22 | DUKEENERGYCORPOR | 975.02 |
| 01/31/2022 | S 0050 | 01/31/2022 | %% APY Earned 0.01% 01/01/22 to 01/31/22<br>Dividend Dep... | 0.01 | 0.01 | 0.00 | 0.00 | 975.02 | Index Rate | 975.01 |
| 01/29/2022 | S 0050 | 01/29/2022 | %% Card 15 #2029<br>Date 01/29/22 2469216202910032195104 5818<br>GOOGLE *King 855-836-3987 CA<br>Debit Card W... | 1.99 | -1.99 | 0.00 | 0.00 | 975.01 | | 977.00 |
| 01/28/2022 | S 0050 | 01/28/2022 | BILL PAY Security Deposit First P<br>Bill Payment ... | 42.79 | -42.79 | 0.00 | 0.00 | 977.00 | 9368030001 | 1,019.79 |
| 01/27/2022 | S 0050 | 01/27/2022 | %% ACH Trace 021000022891192<br>TYPE: PREM COLL CO: GEICO<br>ACH Withdra... | 232.65 | -232.65 | 0.00 | 0.00 | 1,019.79 | GEICO | 1,252.44 |

**0006276964 TORRES,ANGEL L   Transaction Summary**                                                                 07/11/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---:|---:|---:|---:|---:|---|---:|
| 01/27/2022 | S 0050 | 01/27/2022 | %% Card 15 #2029<br>Date 01/26/22 24145722026900017787751 8111<br>CCW SAFE 405-7710705 OK<br>Debit Card W... | 18.00 | -18.00 | 0.00 | 0.00 | 1,252.44 | | 1,270.44 |
| 01/22/2022 | S 0050 | 01/22/2022 | %% Card 15 #2029<br>SEBRING FL<br>SUNCOAST CREDIT UNION 6505 US 27 NORTH<br>ATM Deposit | 400.00 | 400.00 | 0.00 | 0.00 | 1,270.44 | #000000004796 | 870.44 |
| 01/21/2022 | S 0050 | 01/21/2022 | %% Card 15 #2029<br>Date 01/21/22 24692162021100303230456 4814<br>BOOST MOBILE 866-402-7366 CO<br>Debit Card W... | 70.00 | -70.00 | 0.00 | 0.00 | 870.44 | | 940.44 |
| 01/06/2022 | S 0050 | 01/06/2022 | %% ACH Trace 021000023326870<br>TYPE: 8773096576  CO: 759299089 ADD<br>ACH Withdra... | 72.00 | -72.00 | 0.00 | 0.00 | 940.44 | 759299089 ADD | 1,012.44 |
| 01/05/2022 | S 0050 | 01/05/2022 | %% ACH Trace 061100602361533<br>TYPE: PAYMENT  CO: FIRST PROGRESS<br>ACH Withdra... | 81.79 | -81.79 | 0.00 | 0.00 | 1,012.44 | FIRST PROGRESS | 1,094.23 |
| 01/05/2022 | S 0050 | 01/05/2022 | %% ACH Trace 124384601064698<br>TYPE: MOBILE PAY  CO: MERRICK BANK COR<br>ACH Withdra... | 59.00 | -59.00 | 0.00 | 0.00 | 1,094.23 | MERRICK BANK COR | 1,153.23 |
| 01/05/2022 | S 0050 | 01/05/2022 | %% Card 15 #2029<br>Date 01/04/22 24431062004083255277411 4784<br>SUNPASS*ACC26391429 888-865-5352 FL<br>Debit Card W... | 10.00 | -10.00 | 0.00 | 0.00 | 1,153.23 | | 1,163.23 |
| 01/04/2022 | S 0050 | 01/04/2022 | %% Card 15 #2029<br>Date 01/03/22 24692162003100256541364 5968<br>GAN*USATODAYCIRC 888-426-0491 IN<br>Debit Card W... | 24.95 | -24.95 | 0.00 | 0.00 | 1,163.23 | | 1,188.18 |
| 01/03/2022 | S 0050 | 01/03/2022 | %% Card 15 #2029<br>Date 01/03/22 24692162003100838577399 4899<br>NETFLIX.COM NETFLIX.COM CA<br>Debit Card W... | 9.74 | -9.74 | 0.00 | 0.00 | 1,188.18 | | 1,197.92 |
| 01/03/2022 | S 0050 | 01/03/2022 | %% ACH Trace 021000026155729<br>TYPE: PAYMENT  CO: ███████ CAPITAL<br>ACH Withdra... | 761.82 | -761.82 | 0.00 | 0.00 | 1,197.92 | ███████ CAPITAL | 1,959.74 |
| 01/01/2022 | S 0050 | 01/01/2022 | %% ACH Trace 031736036098771<br>TYPE: XXSOC SEC  CO: SSA  TREAS 310<br>ACH Deposit | 1,332.60 | 1,332.60 | 0.00 | 0.00 | 1,959.74 | SSA  TREAS 310 | 627.14 |