*Exhibit K*

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania   19123-2992
Date:   January 26, 2022
BNC#:   22MM207K81978-A

```
0000166 0000358      1 SP  0.530    0119M7M782PN T2 P
ANGEL L TORRES
201 FREEDOM DR
FROSTPROOF FL  33843-9289
```

We are writing to you about court order number 1060923971 concerning your responsibility for child support, alimony or court ordered victim restitution.

**What We Plan To Do**

We have been ordered to take $442.00 from each monthly payment you are due to pay your obligation for child support, alimony or court ordered victim restitution. We withheld $485.40 from the payment you will receive around February 3, 2022. After that we will withhold $485.40 each month. You will receive another letter showing the payment amount you will receive.

**How We Decided The Amount To Take Out**

The Consumer Credit Protection Act includes rules on how much we can take out of the monthly payments for child support and/or alimony. The amount depends on whether an individual is supporting a spouse or dependent child(ren) other than those named in the court order. The limits are as follows:

- 50 percent of benefits may be taken out if an individual is supporting a second family.

- If an individual is not supporting a second family, 60 percent of benefits may be taken out.

The above rates increase 5 percent to 55 percent and 65 percent if an individual owes more than 12 weeks in back payments.

Please contact the court if you are supporting a 2nd family.

**If You Disagree With The Decision**

If you disagree with the decision of the court that issued the garnishment order, you will need to contact them directly or have a lawyer do it for you.

*Social Security Administration*

C

39