CS-EF150B
R. 04/20



Child Support Program

Exibit L

## Second Notice of Nonpayment

MR. ANGEL LUIS TORRES
201 FREEDOM DR
FROSTPROOF FL 33843-9289



| **IMPORTANT** |
| --- |
| We need to hear from you within 14 days to avoid possible action. |

February 23, 2022

Child Support Case Number: 1060923971

Child Support Program records indicate that as of 02/23/2022 you are behind in your payments. You have not responded to our previous notice. We are concerned because in addition to other actions that may have already been taken or are in process, the following may occur because you have not paid your child support timely:

- A negative credit rating because of your past-due child support amount
- Suspension of your driver license
- Suspension of your business and professional or recreational license(s)

### WHAT YOU NEED TO DO

Pay $16,173.70 within 14 days or contact the Program to discuss your case.

- We want work with you to avoid further action.
- If you cannot make all the missed payments, pay what you can and call our office to discuss a payment agreement.
- If you are working reduced hours, or your job status has changed, call us to discuss options.

Online payments are accepted by electronic check or credit card at fl.smartchildsupport.com, or by cash transfer through amscot.com and moneygram.com.

Mail payments to:

Florida State Disbursement Unit

PO Box 8500

Tallahassee FL 32314-8500

Make all payments payable to the Florida State Disbursement Unit. Print your name and depository number 48100001262DR on your check or money order to ensure credit.

| If you have questions or need help | **Access your case online:** childsupport.floridarevenue.com<br>**Call:** 850-488-KIDS (5437).<br>Para asistencia en español, llame al 850-488-5437 y marque 7<br>**Chat with us or learn more at:** floridarevenue.com/childsupport |
| --- | --- |

3185

T   1 of 1



0101305745149922054104607383