# Your New Benefit Amount

BENEFICIARY'S NAME: ANGEL L TORRES

Your Social Security benefit will increase by **5.9%** in 2022 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

*Exhibit M*

| How Much You Will Get | |
|---|---:|
| Your monthly benefit before deductions | $1,376.00 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 18, 2021 or if someone else pays your premium, we show $0.00) | -$0.00 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2022. If you did not elect withholding as of November 1, 2021, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 18, 2021, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2021 on or about January 3, 2022. | $1,332.60 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at ***www.godirect.gov*** to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us within 60 days from the date you receive this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. The fastest and easiest way to file an appeal is to visit ***https://secure.ssa.gov/iAppINMD/start*** online.

### If You Have Questions
- Visit us at ***www.ssa.gov*** online.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**).
- Contact your nearest Social Security office.

1395 NW HAVENDALE BLVD
WINTER HAVEN FL 33881

### Other Help For Older Adults and People with Disabilities
The Administration for Community Living offers older adults and people with disabilities a way to connect to a variety of community services and resources.

**For Older Adults:** Eldercare Locator at **1-800-677-1116** or ***www.eldercare.acl.gov***
**For People with Disabilities:** Disability Information and Access Line (DIAL) at **1-888-677-1199** or ***acl.gov/DIAL***

BNC#: 21B1621E91667

Over ▶

**Life Changes May Affect Your Benefits**
Certain life changes may affect your eligibility for benefits. It is important to tell us if you marry, divorce, or your spouse or ex-spouse dies. If you have a child or stepchild who gets benefits on your record and no longer lives with you, please let us know. Visit *www.ssa.gov/potentialentitlement* to find out more.

**Suspect Social Security Fraud?**
If you suspect Social Security fraud, please visit *http://oig.ssa.gov/report* or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101**).

**Help Prevent Identity Theft**
Be aware of scams through the mail, Internet, telephone, or in person. You should be careful when someone asks for personal information, especially your Social Security number. Please visit *www.usa.gov/identity-theft* to find out more.

**Medicare Information**
- To learn about Medicare eligibility or to apply, visit *www.ssa.gov/benefits/medicare* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have Part B.
- You can choose how you get your Medicare coverage - Original Medicare and Medicare Advantage. For more information, visit *www.ssa.gov/benefits/medicare* online.
- For questions about Medicare coverage and billing, visit *Medicare.gov* or call **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).
- The Extra Help program may help pay the costs of a Medicare Prescription Drug Plan for people with limited income and resources. Costs include premiums, deductibles, and co-payments. You can apply online at *www.ssa.gov/medicare/prescriptionhelp* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- The Medicare Savings Programs may help pay for Medicare premiums and other out-of-pocket costs for people with limited income and resources. You can start the application process when you apply for Extra Help or you can contact your State or local medical assistance (Medicaid) office.

**Need Health Insurance Or Know Someone Who Does?**
Visit *HealthCare.gov* or call **1-800-318-2596** (TTY **1-855-889-4325**) to learn more.

*Social Security Administration*



Form **SSA-4926-SM-DI** (1-2022)  Over ▶