Exhibit N

IN THE CIRCUIT COURT,
NINTH JUDICIAL CIRCUIT
ORANGE COUNTY, FLORIDA

CASE NO.: DR10-1262

THE STATE OF FLORIDA
DEPARTMENT OF REVENUE
On behalf of:

JUDITH ROMAN,
         Petitioner,

Vs.

ANGEL LUIS TORRES,
         Respondent,

---

### REPORT AND RECOMMENDATION OF THE HEARING OFFICER
### AND FINAL JUDGMENT ON PETITION FOR PATERNITY

THIS CAUSE having come before the undersigned Judicial Hearing Officer this _10th_ day of _August_, 20_10_, upon the Petition for Paternity and Support filed by the Department of Revenue. The Respondent was properly served with a summons, a copy of the pleadings, and a request for admissions and did/(did not) appear at the instant hearing after being given proper notice of the same. The Court having jurisdiction of the parties and the subject matter and being otherwise duly advised in the premises, it is Reported and Recommended:

**_1_ PETITION FOR PATERNITY:**
The Respondent is found to be the father of the minor children VINCENT LUIS TORRES (b.11-24-93 in Florida) and BRANDON KYLE TORRES (b.12-29-94 in Florida), owes an obligation to provide support for said children.

**_2_ ONGOING CHILD SUPPORT PAYMENTS:**
The Respondent shall pay child support of $_92.02_ per _week_ with the first payment due in Florida commencing _9-17-10_.

**_3_ CHILD SUPPORT ARREARS AND REPAYMENT:**
The Respondent is in arrears in child support in the amount of $_12,242.08_ as of _9-16-10_. This arrearage shall be paid by making the following payments:

    _–_ A lump sum payment of $___–___ by ___–___.

    _A_ An additional payment of $_10.00_ per _week_ commencing _9-17-10_.

    _–_ The Court reserves jurisdiction over repayment of any remaining arrears.

1/2

Page 2
DR- 10-12662

**_4_ PAYMENTS:**
All payments, as stated above, shall be made by money order, certified check or a check drawn on the account of the Respondent or a payor of the Respondent. Payments shall be made payable to the State of Florida State Disbursement Unit, P. O. Box 8500, Tallahassee, FL., 32314-8500 **ONLY PAYMENTS MADE THROUGH THE STATE DISBURSEMENT UNIT OR AS OTHERWISE DIRECTED BY THE COURT WILL BE CREDITED TO THE RESPONDENT.** Upon request the Clerk shall furnish the Department of Revenue with a certified statement of all payments made to the Respondent's account. The Clerk is authorized to automatically adjust the child support payment account established in this matter to accurately reflect any reported change in the Respondent's pay frequency.

**_5_ MEDICAL INSURANCE:**
___ Is not reasonably available to the child(ren) as set forth in F.S. 61.13(1)(b).
___ Shall continue as stated in the parties Final Judgment.
_A_ Is being provided by ~~Respondent~~/ Petitioner and shall continue in effect.
___ Petitioner / Respondent shall provide health insurance for the child(ren) as the Court has found coverage to be reasonably available pursuant to F.S. 61.13(1)(b). Upon purchase of health insurance, either party may motion the Court to re-calculate child support.
_B_ Responsibility for non-covered medical expense for the child(ren) shall be divided with __42__% by Respondent and __58__% by the Petitioner.

If medical insurance is required proof of such insurance coverage shall be provided to the Department of Revenue, Child Support Enforcement, Hurston Building South Tower, Suite S509, 400 W. Robinson Street, Orlando, FL. 32801 within 45 days of this hearing.

**_6_ PETITIONER'S INFORMATION          RESPONDENT'S INFORMATION**

The parties have been provided with an information sheet that complies with Florida Statute 61.13 (8). The information provided by each party has been filed with Clerk of Court. **Should any information change, you are ordered to notify the Court, the Clerk's Office and DOR in writing, of such change. Failure to keep current address information on file may result in you not receiving important child support information or Court appearance dates.**

**_7_ COSTS:**
The Respondent shall pay $ __269.00__ in costs within 365 days of this hearing. Costs shall be paid by money order or certified funds to the Department of Revenue, Child Support Enforcement, Suite S509, 400 W. Robinson Street, Orlando, FL. 32801.

**_8_ INCOME DEDUCTION ORDER AND OBLIGOR'S STATEMENT OF RIGHTS**
The Court shall enter an immediate income deduction order. Attached hereto is the Obligor's statement of rights addendum.

Page3
DR- 10-1262

___ **ADDITIONAL PROVISIONS:**
_____
_____
_____

_9_ **RESERVATION OF JURISDICTION:**
The Court reserves jurisdiction over the parties and the subject matter of this action to enforce the terms and provisions of the order entered from this Report and Recommendation as well as to enforce the terms and provisions of all previous orders and to enter such other and further orders as may be just and proper.

**REPORTED AND RECOMMENDED** at Orlando, Orange County, Florida this _10th_ day of _August_, 20_10_.

_____
JUDICIAL HEARING OFFICER

**FINAL ORDER**

**THIS COURT** having reviewed the above Report and Recommendation of the Judicial Hearing Officer, it is hereby:

**ORDERED and ADJUDGED** that the above Report and Recommendation is hereby approved, confirmed and adopted as a Final Order of this Court and all parties shall be governed thereby and shall comply with the same in each and every one of its particulars.

**DONE and ORDERED** at Orlando, Orange County, Florida, this _10_ day of _Aug_, 20_10_.

_____
CIRCUIT COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been hand delivered this _13_ day of _Aug_, 20_10_ to the Petitioner c/o Tangel-Rodriguez & Associates, 222 Weber Street, Orlando, FL., 32803 and by U.S. Mail on the same date to the Respondent at ~~the address stated in this Order or c/o~~ 740 Jenkins Street, Kissimmee, Fl 34741

_Barbara Fancher Jones_
Attorney for Plaintiff

44

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

~~THE STATE OF FLORIDA, DEPARTMENT OF REVENUE, On Behalf Of:~~

JUDITH ROMAN,

Petitioner,

CASE NO. DR-10-1262

~~CSE NO.~~

vs.

ANGEL TORRES

Respondent.
_____/

### FINAL ORDER ON PETITION/MOTION

THIS CAUSE having come before the undersigned Judicial Hearing Officer on the 11TH day of MARCH, 2014, on the PETITION FOR MODIFICATION filed by the ~~State of Florida, Department of Revenue on behalf of Petitioner~~/Respondent. The Hearing Officer having been duly advised in the premises, it is thereupon FOUND:

1. That this Court has jurisdiction over the parties and subject matter.
2. That the Respondent was properly noticed and did/~~did not~~ appear for the instant hearing.

It is therefore REPORTED and RECOMMENDED:

1. The Petition/~~Motion~~ is ~~GRANTED~~ / DENIED.

2. ALL CHILDREN HAVE EMANCIPATED AND PAYMENTS ARE BEING APPLIED TO THE ARREARS.

3. That all other provisions of all prior Orders not inconsistent with this Order shall remain in full force and effect.

4. That this Court retains jurisdiction over the parties and subject matter.

REPORTED and RECOMMENDED at Orlando, Orange County, Florida this 11TH day of MARCH, 2014.

JUDICIAL HEARING OFFICER

45