CASE NO. DR-10-1262
Page 2

## FINAL ORDER

THIS CAUSE came before the Court without hearing on the above Report and Recommendation. The Court has examined the Court file and is fully advised in the premises. It is thereupon

ORDERED and ADJUDGED:

That the above Report and Recommendation is approved, ratified, confirmed and adopted as an Order of this Court and is incorporated herein by reference. All parties shall be governed thereby and shall comply with the same in each and every one of its particulars.

DONE and ORDERED at Orlando, Orange County, Florida this 12TH day of MARCH, 2014.

_____
CIRCUIT COURT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Respondent by hand delivery / U.S. mail / email at _____ this _____ day of _____, 20_____.

TANGEL-RODRIGUEZ & ASSOCIATES
222 Weber Street
Orlando, Florida 32803
Phone: 407-843-8363
Email: cselsp@att.net
Attorneys for DOR/CSE

46