```
07/12/2022                     ORANGE COUNTY                            Page 1
casehist
                      F A M I L Y   L A W   C A S E   H I S T O R Y

Case Number: 10-0001262-DR              Start Date: 08/10/2010
Judge:                                  Uresa Number:

========= Respondent ======== (NC)      ========= Petitioner ======== (C)
TORRES, ANGEL L.                        ROMAN, JUDITH
740 JENKINS ST                          54 SILVER FALLS CIRCLE

KISSIMMEE FL 34741                      KISSIMMEE FL 34743


Last Receipt Date:       07/01/2022     Delq Notc Date: 10/04/2010
Last Assessment Date:    07/08/2022     Judgment Date:  10/19/2010
Last Disbursement Date:  07/04/2022     Last Updated:   01/22/2014

YTD Paid                   2,782.60
                                        Interest Amount Due        7,271.09
Dependents                              Date of Birth    Subject to Support

TORRES, VINCENT L.                        11/24/1993        11/24/2011
TORRES, BRANDON K.                        12/29/1994        12/29/2012

                    * * *  T E R M S  * * *

Type Payee                 Freq Start /  End Date   Amount Next Due Sta   Bal Due

DC8  CLERK                 NO F 10192010              2.00 10192010  A       2.00
DEL  CLERK                 NO F 10042010              7.50 10042010  A       7.50
DEP  CLERK                 NO F 10042010              6.00 10042010  A       6.00
DL8  CLERK                 NO F 10042010             17.50 10042010  A      17.50
ARS  DOR - CHILD, SUPPOR WEEK 08102010               10.00 07152022  A   5,860.00
DOC  CLERK                 NO F 10192010             12.00 10192010  A      12.00
POS  CLERK                 NO F 10042010              0.44 10042010  A       0.44
DP8  CLERK                 NO F 10042010              1.00 10042010  A       1.00
INT  DOR - CHILD, SUPPOR NO F 10042010                0.00 10192010  A   7,265.14
JD8  CLERK                 NO F 10192010             17.50 10192010  A      17.50
JUD  CLERK                 NO F 10192010              7.50 10192010  A       7.50
SUP  DOR - CHILD, SUPPOR WEEK 08102010 12292012      92.02 01042013  I   3,187.82
                                                                        ----------
                                                                        16,384.40

                    * * *  P A Y O F F  * * *

Type Payee               Max Amt Start /  End Date  Total Pd/Adj  Payoff Amount

ARS  DOR - CHILD, SUPPOR  12,242.08 08102010            1,510.00      10,732.08

                    * * *  P A Y M E N T   H I S T O R Y  * * *

From 01012010                   Prior Payments & Adjustments                 0.00

Date       Receipt #       Type  Payee               Amount  Check #   Vd

10042010 SD07683541S1 SUP DOR - CHILD, SUPPOR       -104.06 SE441644
10042010 SD07683541S1 ARS DOR - CHILD, SUPPOR        -10.00 SE441644
10182010 SD07712937S1 SUP DOR - CHILD, SUPPOR       -139.61 SE470030
10182010 SD07712937S1 ARS DOR - CHILD, SUPPOR        -10.00 SE470030
11012010 SD07742454S1 SUP DOR - CHILD, SUPPOR        -93.90 SE498354
```

State of Florida, County of Orange
I hereby certify that the foregoing is a true and correct copy of the instrument filed in this office
Confidential information, if any, have been removed per Fla.R.Jud.Admin.
Witness my hand and official seal this 12 day of July 2022
Tiffany Moore Russell, Clerk of the Circuit Court
By: _____ Deputy Clerk

```
07/12/2022                           ORANGE COUNTY                              Page  2
casehist
                    F A M I L Y   L A W   C A S E   H I S T O R Y

    Case Number: 10-0001262-DR

                     *  *  *   P A Y M E N T   H I S T O R Y   *  *  *

Date       Receipt #       Type  Payee                    Amount    Check #     Vd

11012010  SD07742454S1  ARS  DOR - CHILD, SUPPOR        -10.00  SE498354
11152010  SD07772900S1  SUP  DOR - CHILD, SUPPOR        -44.33  SE527778
11292010  SD07801429S1  SUP  DOR - CHILD, SUPPOR        -42.49  SE555326
12132010  SD07833688S1  SUP  DOR - CHILD, SUPPOR        -20.78  SE586213
12272010  SD07862630S1  SUP  DOR - CHILD, SUPPOR        -21.71  SE614101
01102011  SD07893788S1  SUP  DOR - CHILD, SUPPOR       -184.04  SE643953
01102011  SD07893788S1  ARS  DOR - CHILD, SUPPOR        -20.00  SE643953
01242011  SD07922350S1  SUP  DOR - CHILD, SUPPOR       -146.05  SE671418
01242011  SD07922350S1  ARS  DOR - CHILD, SUPPOR        -10.00  SE671418
02072011  SD07954017S1  SUP  DOR - CHILD, SUPPOR       -144.34  SE701926
02072011  SD07954017S1  ARS  DOR - CHILD, SUPPOR        -10.00  SE701926
02222011  SD07985821S1  SUP  DOR - CHILD, SUPPOR        -30.67  SE732652
09032013  SD10113635S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE783553
10032013  SD10189355S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE856687
11042013  SD10260429S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE925204
12032013  SD10331810S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE994050
01032014  SD10406056S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE065444
02032014  SD10475975S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE132831
03032014  SD10543354S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE198229
04182014  SD10657768S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE307842
05022014  SD10691043S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE340114
06032014  SD10765533S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE411578
07032014  SD10839663S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE482476
08012014  SD10906504S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE546482
09032014  SD10982761S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE619677
10032014  SD11056226S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE690104
11032014  SD11126376S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE757070
12032014  SD11201202S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE828569
01022015  SD11271481S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE895571
02032015  SD11345196S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE966046
03032015  SD11412361S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE030259
04032015  SD11489471S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE103715
05012015  SD11556687S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE167582
06032015  SD11635804S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE243005
07022015  SD11706056S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE309788
08032015  SD11778588S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE378729
09032015  SD11856331S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE452751
10022015  SD11925390S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE518294
11032015  SD12000156S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE589520
12032015  SD12074087S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE659693
01042016  SD12146693S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE728507
02032016  SD12223379S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE801229
03032016  SD12294516S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE868828
04012016  SD12365465S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE936008
05032016  SD12442409S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE012133
06032016  SD12520021S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE085843
07012016  SD12592983S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE151589
08032016  SD12673385S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE228164
09022016  SD12746864S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE298000
10032016  SD12819416S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE366957
11032016  SD12899601S1  SUP  DOR - CHILD, SUPPOR        -43.40  SE443224
```


48

```
                              ORANGE   COUNTY
                  F A M I L Y   L A W   C A S E   H I S T O R Y

     Case Number: 10-0001262-DR

                      * * *   P A Y M E N T   H I S T O R Y   * * *

Date        Receipt #         Type  Payee                    Amount   Check #     Vd
12022016    SD12970984S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE511088
01032017    SD13044322S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE580980
02032017    SD13126086S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE658807
03032017    SD13195939S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE725633
04032017    SD13269777S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE796224
05032017    SD13347858S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE870840
06022017    SD13421389S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE941051
07032017    SD13494243S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE010655
08032017    SD13572889S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE085902
09012017    SD13642432S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE152287
10032017    SD13716929S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE223446
11032017    SD13792753S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE296049
12012017    SD13863444S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE360060
01032018    SD13941187S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE434818
02022018    SD14015253S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE516315
03022018    SD14083520S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE583497
04032018    SD14159765S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE658628
05032018    SD14234581S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE736039
06012018    SD14303988S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE804240
07032018    SD14380049S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE879223
08032018    SD14456064S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE954116
08312018    SD14522753S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE019878
10032018    SD14602815S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE098786
11022018    SD14675436S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE170337
12032018    SD14746722S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE240453
01032019    SD14822928S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE315578
02012019    SD14893930S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE387618
03012019    SD14962489S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE455257
04032019    SD15043617S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE535351
05032019    SD15116908S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE607659
06032019    SD15187649S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE677490
07032019    SD15264211S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE753178
08022019    SD15335210S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE823177
09032019    SD15405494S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE892580
10032019    SD15483044S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE969243
11012019    SD15551379S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE036584
12032019    SD15626586S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE110799
01032020    SD15700809S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE183999
02032020    SD15770292S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE253657
03032020    SD15841794S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE324481
04032020    SD15917109S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE398690
05012020    SD15976144S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE456663
05152020    Adjustment        ARS   DOR - CHILD, SUPPOR   -1,200.00
06032020    SD16044698S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE524122
07022020    SD16106540S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE584997
08032020    SD16170271S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE647686
09032020    SD16239194S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE715619
10022020    SD16299832S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE775382
11032020    SD16365681S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE840182
12032020    SD16430751S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE904280
01042021    SD16493239S1      SUP   DOR - CHILD, SUPPOR      -43.40   SE965694
```



```
                    F A M I L Y   L A W   C A S E   H I S T O R Y

   Case Number: 10-0001262-DR

                   * * *   P A Y M E N T   H I S T O R Y   * * *

Date       Receipt #        Type  Payee                   Amount   Check #    Vd
02032021   SD16560925S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE033241
03032021   SD16620720S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE092184
04022021   SD16685457S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE156019
05032021   SD16747827S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE217547
06032021   SD16816289S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE285169
07022021   SD16877085S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE345147
08032021   SD16940926S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE408206
09032021   SD17006303S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE472806
10012021   SD17062795S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE528508
11032021   SD17130995S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE595985
12032021   SD17193021S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE657251
01032022   SD17251438S1     SUP   DOR - CHILD, SUPPOR     -43.40   SE714876
02032022   SD17319731S1     SUP   DOR - CHILD, SUPPOR    -402.10   SE782967
02032022   SD17319731S1     ARS   DOR - CHILD, SUPPOR     -40.00   SE782967
02032022   SD17319732S1     SUP   DOR - CHILD, SUPPOR     -43.30   SE782968
03032022   SD17378224S1     SUP   DOR - CHILD, SUPPOR    -402.10   SE840846
03032022   SD17378224S1     ARS   DOR - CHILD, SUPPOR     -40.00   SE840846
03032022   SD17378225S1     SUP   DOR - CHILD, SUPPOR     -43.30   SE840847
04012022   SD17438295S1     SUP   DOR - CHILD, SUPPOR    -402.10   SE900257
04012022   SD17438295S1     ARS   DOR - CHILD, SUPPOR     -40.00   SE900257
05032022   SD17504052S1     SUP   DOR - CHILD, SUPPOR    -402.10   SE965402
05032022   SD17504052S1     ARS   DOR - CHILD, SUPPOR     -40.00   SE965402
06032022   SD17569528S1     SUP   DOR - CHILD, SUPPOR    -402.10   SE030218
06032022   SD17569528S1     ARS   DOR - CHILD, SUPPOR     -40.00   SE030218
07012022   SD17626348S1     SUP   DOR - CHILD, SUPPOR    -402.10   SE086448
07012022   SD17626348S1     ARS   DOR - CHILD, SUPPOR     -40.00   SE086448

           Total Payments & Adjustments              -9,364.58
```

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dept. of Revenue
   Attn: Lisa Vickers
   400 W. Robinson St.
   Hurston Tower 5113
   Orlando, FL 32801

   9590 9402 6399 0303 7790 62

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7524

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☒ Agent ☐ Address
B. Received by (Printed Name): A. Lilly
C. Date of Delivery: 5/5/22
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of Court
   Attn: Child Support
   425 N. Orange Ave
   Orlando, FL 32801

   9590 9402 6357 0296 8267 85

2. Article Number (Transfer from service label)

   7018 0680 0001 4479 8564

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Address
B. Received by (Printed Name): G Perez
C. Date of Delivery: APR -1 2022 (Downtown Station Orlando FL 32802 stamp)
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Florida Dept. of Revenue
   Attn: Chief of Staff Clark Rogers
   400 W. Robinson St.
   Hurston Tower Suite 5113
   Orlando, FL 32801

   9590 9402 6399 0303 7790 31

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7531

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X AS Lily — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ashley Lilly
C. Date of Delivery: 05/09/22
D. Is delivery address different from item 1? ☒ Yes ☐ No

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

51

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Judith Roman
   54 Silver Falls Cir.
   Kissimmee, FL. 34743

9590 9402 6399 0303 7790 55

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7517

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Judith Roman — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Judith Roman
C. Date of Delivery: 5/6/22
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the State Attorney
   415 North Orange Ave
   Orlando, FL. 32801

9590 9402 6399 0303 7789 80

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7494

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☑ Agent ☐ Addressee
B. Received by (Printed Name): John
C. Date of Delivery: [postmark DOWNTOWN STATION MAY -6 ORLANDO FL 32802]
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Florida Dept. of Revenue
   Attn: Exc. Director Jim Zingale
   400 W. Robinson St.
   Hurston Tower Suite 5113
   Orlando, FL. 32801

9590 9402 6386 0303 4250 40

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7500

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☑ Agent ☐ Addressee
B. Received by (Printed Name): A. Lilly
C. Date of Delivery: 5/10/22
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

52

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FLORIDA Dept, of REVENUE
   ATTN: Child Support Director
   Ann Coffin
   400 W, Robinson St, Hurston Tower
   Orlando, FL. 32801  5113

   ||||||||||||||||||||||||||||||||
   9590 9402 6399 0303 7790 24

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7548

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): A. Lilly
C. Date of Delivery: 5/5/22

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Florida Dept, of Revenue
   ATTN: Andrea Moreland
   400 W, Robinson St,
   Orlando, FL. 32801

   ||||||||||||||||||||||||||||||||
   9590 9402 6399 0303 7790 79

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7562

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): A. Lilly
C. Date of Delivery: 5/5/22

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Orange County Clerk of
   Court ATTN: Tiffany Moore Russell
   425 Orange Ave.
   Orlando, FL. 32801

   ||||||||||||||||||||||||||||||||
   9590 9402 6399 0303 7790 17

2. Article Number (Transfer from service label)

   7018 0680 0001 4481 7555

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: [Orlando FL 32801 USPS MAY -5 2022 postmark]

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

53

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ORANGE COUNTY SUPPORT
MAGISTRATE
2000 E. MICHIGAN ST.
ORLANDO, FL. 32806

|||||||||||||||||||
9590 9402 6399 0303 7789 97

2. Article Number (Transfer from service label)

7018 0680 0001 4481 7586

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOCIAL SECURITY OFFICE
ATTN: ANA SAAVEDRA
1395 HAVENDALE BLVD. NW
WINTER HAVEN, FL. 33881

|||||||||||||||||||
9590 9402 6399 0303 7790 00

2. Article Number (Transfer from service label)

7018 0680 0001 4481 7579

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt