

**FLORIDA DEPARTMENT OF REVENUE**

Child Support Enforcement

CS-EF101
R. 02/01/12

## Notice of New Order

APR 15 2022 RCVD

RECEIVED
APR 1 1 2022
Child Support Program
Lakeland, FL

MR. ANGEL LUIS TORRES
313 CHIQUITA CT
KISSIMMEE FL 34758-3004

If your address has changed, provide new address here:

_____
_____
_____

November 23, 2013
CSE Case Number: 1060923971
Court Case Number: DR101262
Other Parent Name: Judith Roman

The support order issued by Orange County FL on 08/10/2010 orders you to pay child support. Your first payment is/was due 11/15/2013.

$102.02 each week for Arrears - Child Support effective 11/15/2013

**Send payments to:**

Florida State Disbursement Unit
P.O. Box 8500
Tallahassee, FL 32314-8500

Make the check or money order payable to FLSDU. Please print the depository number 48100001262DR on the check or money order.

For costs that are owed, make the check or money order payable to the Florida Department of Revenue. Please print the CSE Number 1060923971 and your name on the check or money order.

**Send payments to:**

Florida Department of Revenue
Child Support Enforcement Program
PO Box 8030
Tallahassee FL 32314-8030

We hope that you will make your payments timely. If you miss a payment or have financial problems, please contact us right away. We will work with you to avoid enforcement actions. It is our responsibility to monitor payments on your case. We want to make sure you know how much support you owe and when you need to pay it.

To contact us call 1-800-622-KIDS (5437).

Page 1 of 2



11/22/2013 4:23 PM Filed in Office of the Clerk Circuit Court Orange County Florida

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 100001262DR

[DOR o/b/o]

JUDITH ROMAN, PETITIONER

VS.

[DOR o/b/o]

ANGEL LUIS TORRES, RESPONDENT

### Notice to Clerk of Court of Requirement for Collection of Arrears Upon Emancipation of Minor Child

1. The obligor's minor child, VINCENT LUIS TORRES, has emancipated or will emancipate on 11/14/2013.

2. The obligor's current support obligation has been or will be reduced or terminated due to the emancipation of the minor child.

3. Even though the current support obligation for the child has been or will be reduced or terminated, pursuant to sections 61.14(10) and 61.1301(3)(b), Florida Statutes, payment must continue at the rate in effect immediately prior to emancipation until all amounts owed are paid in full or until modified by the court, or by the Department if payments are due under an administrative support order.

4. According to the Department's records, the amounts due for current support, past due support (which includes retroactive support arrearages, and costs), and the total amount due upon emancipation are or will be as follows:

Current support: $0.00
Past due support: $102.02     per Week
Total amount due: $102.02     per Week

5. Pursuant to the statutes cited above, any payment or income deducted amount that is in excess of the obligation to pay current support must be credited to the past due amounts owed by the obligor.

Date: November 14, 2013

Florida Department of Revenue
Child Support Official



CS-EF115
N. 05/2005