JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TORRES, ANGEL L.

(b) County of Residence of First Listed Plaintiff: POLK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
ZINGALE, JIM / MORELAND, ANDREA / VICKERS, LISA / ROGERS, CLARK / COFFIN, ANN / SAAVEDRA, ANA / MOORE, RUSSELL / TIFFANY

County of Residence of First Listed Defendant: ORANGE
*(IN U.S. PLAINTIFF CASES ONLY)*

Additional Defendants: Support Magistrate's Office, State Attorney's Office, Orange County Clerk of Court, ROMAN, Judith

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 USC 1983
Brief description of cause: 3rd, 4th, 5th, 6th, 7th, & 14th Amendments have been violated.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [ ] Yes [ ] No