**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGEL L. TORRES,

    Plaintiff,

v.  Case No:   6:22-cv-1298-WWB-LHP

JIM ZINGALE, ANDREA
MORELAND, LISA VICKERS,
CLARK ROGERS, ANN COFFIN,
ANA SAAVEDRA, TIFFANY MOORE
RUSSELL, SUPPORT MAGISTRATES
OFFICE, STATE ATTORNEY'S
OFFICE, JUDITH ROMAN and
OFFICE OF CLERK OF COURT,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL (Doc. No. 24)
>
> **FILED:** October 20, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff, proceeding *pro se*, has filed a motion seeking to compel Defendants to respond to discovery that he contends he attached to his original complaint. Doc. No. 24. The motion is due to be denied because discovery has not yet opened in this case. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). . . ."); Fed. R. Civ. P. 26(f) (setting forth the requirements and timing for a case management conference). It does not appear that the parties have yet conducted their case management conference, and no case management report has yet been filed – indeed, it appears that several Defendants have not yet been served or made an appearance in this case. Thus, discovery has not yet commenced, and the motion to compel (Doc. No. 24) is **DENIED.**

Plaintiff is again reminded that a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2022.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 3 -

Unrepresented Parties

- 3 -