UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGEL L. TORRES,

    Plaintiff,

v                                    Case No.: 6:22-cv-01298-WWB-LHP

JIM ZINGALE, ANDREA MORELAND,

LISA VICKERS, CLARK ROGERS,

ANN COFFIN, TIFFANY MOORE RUSSELL,

SUPPORT MAGISTRATES OFFICE,

STATE ATTORNEY'S OFFICE, CLERK OF COURT,

and JUDITH ROMAN,

    Defendants.

_____/

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

    Plaintiff Angel L. Torres Sr. as Pro Se, hereby files this Response to the Court's Order To Show Cause dated January 30th., 2023, and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

    Plaintiff Angel L. Torres Sr. as Pro Se brought this lawsuit against the Defendants Jim Zingale, Andrea Moreland, Lisa Vickers, Clark Rogers, Ann Coffin, Support Magistrates Office, and/or Judith Roman, alleging

1

Civil Rights, Color Of Law violations and False Claims & Defamation. The False Claims Act violations that initiated the facts and circumstances that caused the events herein.

*SERVICE DATES AND PROOF ATTACHED

_____  2/7/23

Respectfully Submitted,

Angel L. Torres Sr.
201 Freedom Dr.
Frostproof, Fl. 33843
863-845-4970
Email:Knuckle311@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8th. 2023 I mailed the foregoing document by First Class Mail to the following Defendants, State Attorney's Office representing Attorney Ivy Pereira Rollins at Assistant Attorney General 3507 E. Frontage Road, Suite #150 Tampa, Florida 33607 Jim Zingale, Andrea Moreland, Lisa Vickers, Clark Rogers, Ann Coffin at 2450 Shumard Oak Blvd. Bldg. #1 Suite #2400 Tallahassee, Fl. 32311 Tiffany Moore Russell and Clerk of Court Office representing Attorney Nicolas Shannin at 425 Orange Ave. Orlando, Fl. 32801. Support Magistrate's Office at 2000 E. Michigan Ave. Orlando, Fl. 32806. Judith Roman at 54 Silver Falls Circle Kissimmee, Fl. 34743