**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGEL L. TORRES,

      Plaintiff,

v.   Case No:   6:22-cv-1298-WWB-LHP

JIM ZINGALE, ANDREA
MORELAND, LISA VICKERS,
CLARK ROGERS, ANN COFFIN,
ANA SAAVEDRA, TIFFANY MOORE
RUSSELL, SUPPORT MAGISTRATES
OFFICE, STATE ATTORNEY'S
OFFICE, JUDITH ROMAN and
OFFICE OF CLERK OF COURT,

      Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION REQUEST FOR ENTRY OF CLERKS DEFAULT AND ATTACHED PROOF OF SERVICE AND AFFIDAVITS**   (Doc. No. 50)
>
> **FILED:**   February 16, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Plaintiff's operative complaint has been dismissed and he has been permitted leave to amend. Doc. No. 54. Accordingly, the motion for Clerk's default related to the initial complaint is **DENIED as moot**. *Cf. Phoenix Ent. Partners, LLC v. Jellyfish, LLC*, No. 3:17cv929/MCR/GRJ, 2018 WL 10517181, at *1 (N.D. Fla. Apr. 12, 2018) (collecting cases for proposition that "federal district courts have consistently concluded that the filing of an amended complaint moots a previous entry of default and/or motion for default judgment"). The Court's Order to Show Cause (Doc. No. 39) is otherwise **DISCHARGED**. Plaintiff may renew his request for Clerk's default, as appropriate, in conjunction with the forthcoming amended complaint.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties