# United States District Court
## Middle District Of Florida
### Orlando Division

ANGEL L. TORRES,

        Plaintiff,

v.                                    Case No:  6:22-cv-1298-WWB-LHP

JIM ZINGALE, ANDREA
MORELAND, LISA VICKERS,
CLARK ROGERS, ANN COFFIN,
TIFFANY MOORE RUSSELL,
SUPPORT MAGISTRATES OFFICE,
STATE ATTORNEY'S OFFICE,
JUDITH ROMAN and OFFICE OF
CLERK OF COURT,

        Defendants

---

## Order

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION REQUESTING DEFAULT JUDGEMENT FOR FAILURE TO RESPOND TO THE COMPLAINT (Doc. No. 61)** |
| **FILED:** | **April 26, 2023** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

By the above-styled motion, Plaintiff, proceeding *pro se*, appears to seek entry of Clerk's default against all Defendants.   Doc. No. 61.   However, the motion fails to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g). Moreover, the motion was filed on the same day as Plaintiff's "Corrected" Amended Complaint.   *See* Doc. No. 59.   So, the motion also appears to be premature as to the amended complaint, and improper as to the initial complaint. *See also* Doc. No. 56.   For these reasons, Plaintiff's motion (Doc. No. 61) is **DENIED**. Given that the Court's January 30, 2023 Order to Show Cause was previously discharged, *see* Doc. No. 56, Plaintiff's recently filed second response thereto (Doc. No. 62) is ordered **STRICKEN**.

   **DONE** and **ORDERED** in Orlando, Florida on April 27, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties